ORIGINAL

RECEIVED
APR 1 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

ECF

Cover Sheet 05-425C

Plaintiff(s) or Petitioner(s) EP PRODUCTIONS, INC.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Robert Abney Fricks

Firm Name: The Fricks Firm, P.C.

Post Office Box:

Street Address: 239-B Smithville Church Road

City-State-Zip: Warner Robins, Georgia 31088

Telephone & Facsimile Numbers: Tel: 478.953.2312 Fax: 478.971.3871

E-mail address: rob@fricksfirm.com

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Breach of contract / Violation of FAR with respect to claim arising out of termination for convenience and attempted settlement thereof

Government Agency Involved: D O D

**See attached Sheet for three digit code.**

Amount Claimed: $ 214,353.41 Plus costs/attorney/consult fees

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003