**Subject:** Cancellation of 2003 Symposium
**From:** "Latimore, Toye" <LatimoreT@MTMC.ARMY.MIL>
**Date:** Wed, 12 Feb 2003 15:33:16 -0500
**To:** "Elizabeth E. Porter" <EPProductions@earthlink.net>, "Giordano, Frank" <giordanof@mtmc.army.mil>, "Woodson, Jackie" <WoodsonJ@MTMC.ARMY.MIL>, "Davis, Stephen" <DavisS@MTMC.ARMY.MIL>, "Merrigan, William" <MerriganW@MTMC.ARMY.MIL>
**CC:** "Latimore, Toye" <latimoret@mtmc.army.mil>, "Winslow, Jeanie" <winslowj@mtmc.army.mil>

Elizabeth:

On the advice of Counsel, I cannot send you an email stating the grounds upon which the government is canceling the symposium. It must be a TfC letter and I am in the process of preparing this letter. This letter must be reviewed by my Legal Counsel. In the interim, "The Government hereby invokes a partial termination for contract DAMT01-02-C-0035. This serves as official notice that the symposium for calendar year 2003 is cancelled and all related work except for the DVD video, which is Modification P0009". This will be a partial TforC under FAR Part 52.212-4(L) as incorporated in the contract. The Government will follow-up with a TforC letter on 13 Feb 03. Let this serve as formal notice to assist you in notifying the hotel.

V/r,

Toye Y. Latimore
Contracting Officer
Terminal & Transportation Related
Services Division (MTAQ-T)
(703) 428-2067 (Comm)
(703) 428-3361(Fax)
Email: latimoret@mtmc.army.mil

-----Original Message-----
From: Elizabeth E. Porter [mailto:EPProductions@earthlink.net]
Sent: Wednesday, February 12, 2003 3:21 PM
To: Giordano, Frank
Cc: Latimore, Toye; Winslow, Jeanie
Subject: MTMC Symposium

Frank -

I just spoke to Toye and it is my understand that her "hands are tied" and that she is reeling in a million different directions as it relates to finalizing plans for the Symposium cancellation.

I do understand that this is an unusual and tough position for all - No one feels the pain of the cancellation more than EP Productions. However, today at 2pm Toye notified me by telephone that the Symposium will be canceled and an immediate work stoppage will be issued. I have an obligation to notify the primary hotel and overflow hotels immediately after receiving the news from you, however a "phone call from Toye" of what is going to happen is not sufficient. I need something in writing. Every Contractor knows it's not what a Contracting Officer says, it's what you have in writing. Even if the statement is three sentences long and states that the Government is in the process of issuing a Termination for Convenience on the contract so I may notify the hotels and more importantly the attendees.

I have 170 emails in our box from today alone. We have over 45 phone calls to return regarding questions and changes to reservations. Are we supposed to stop working at 2pm today? Was that the purpose of Toye's call? Do we keep working until we receive something from the Government

PLAINTIFF'S EXHIBIT "A"

in writing? Please advise immediately so I know how to proceed from this end.

Thanks,
Elizabeth

--

Elizabeth E. Porter, CMP
EP Productions, Inc.
8351 Roswell Rd NE
Suite 356
Atlanta, GA 30350
770-804-0095
770-640-6800 - Fax

CONFIDENTIALITY STATEMENT

This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error or are not listed as an intended recipient by the sender, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Thank you.

**Subject:** Tfor C Letter and modification
**From:** "Latimore, Toye" <LatimoreT@MTMC.ARMY.MIL>
**Date:** Thu, 13 Feb 2003 11:27:28 -0500
**To:** "Lugo, Nilda" <LugoN@MTMC.ARMY.MIL>, EPProductions@earthlink.net

Elizabeth:

Attached is the modification and letter. I have faxed you the letter and the modification will be faxed in 1 minute. I hope that these two documents provide you with the proper direction. As always, please contact me if you need anything.

<<TfC Modification Symposium.doc>>
<<DAMT01-03-R-0034-0003.CIP.doc>>

Toye Y. Latimore
Contracting Officer
Terminal & Transportation Related
Services Division (MTAQ-T)
(703) 428-2067 (Comm)
(703) 428-3361(Fax)
Email: latimoret@mtmc.army.mil
<<Latimore, Toye.vcf>>