# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00010
3. EFFECTIVE DATE: 13-Feb-2003
4. REQUISITION/PURCHASE REQ. NO.: SEE SCHEDULE
5. PROJECT NO. (If applicable):

6. ISSUED BY — CODE: DAMT01
MILITARY TRAFFIC MANAGEMENT COMMAND
MTAQ-T TERMINAL & TRANS. RELATED SVCS DI
ALEXANDRIA VA 22332-5000

7. ADMINISTERED BY (If other than item 6) — CODE: DAMT01
MILITARY TRAFFIC MANAGEMENT COMMAND
MTAQ-A TERMINAL DIVISION
200 STOVALL ST, ROOM 12S67
ALEXANDRIA VA 22332-5000

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
EP PRODUCTIONS
ELIZABETH PORTER
5351 ROSWELL RD NE, SUITE 356
ATLANTA GA 30350

CODE: 1VQ01 FACILITY CODE:

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO.: DAMT01-02-C-0035
X 10B. DATED (SEE ITEM 13): 21-Mar-2002

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) FAR 52.212.4(l) |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE CONTINUATION SHEET

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
TOYE LATIMORE / CONTRACTING OFFICER
TEL: 703-428-2067 EMAIL: LatimoreT@mtmc.army.mil

15B. CONTRACTOR/OFFEROR
______________________
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Toye Y. Latimore
(Signature of Contracting Officer)

16C. DATE SIGNED: 13-Feb-2003

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

PLAINTIFF'S EXHIBIT 4B11

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

(End of Summary of Changes)

**The following items are applicable to this modification:**
CONTINUATION SHEET

a. Contract number DAMT01-02-C-0035 is hereby partially terminated in accordance with FAR Part 52.212-4(l), effective February 12, 2003.

b. All related work for MTMC 2003 Symposium, with the exception of the deliverable for the DVD, incorporated into modification P00009, is hereby terminated. The Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work.

c. To ensure a smooth transition of all cancellations, the Government requests the Contractor to carry out the following tasks in regards to the termination. All reasonable costs associated with the tasks listed below will be considered termination costs.

1. Develop email to send to all registered attendees. Coordinate with COR.
2. Dispatch 1,200 email notifications
3. Develop 1,200 cancellation numbers for hotel
4. Develop 1,200 cancellation numbers for symposium
5. Contact by telephone those unable to reach via email (wrong email addresses provided).
6. Develop announcement for Symposium web page.
7. Remove all links on the Symposium web page, especially registration links.
8. Develop an auto-reply for the Symposium email system.

d. All other terms and conditions of the contract remain unchanged.