# FRICKS, COOPER & RANCK, LLC

ATTORNEYS AT LAW

MAIN OFFICE
1922 FORSYTH STREET, SUITE 200
POST OFFICE BOX 4086
MACON, GEORGIA 31208-4086
TELEPHONE (478) 743-6300
FACSIMILE (478) 743-6310

HOUSTON COUNTY
393 MARGIE DRIVE, SUITE A
WARNER ROBINS, GEORGIA
31088
TELEPHONE (478) 953-2312
FACSIMILE (478) 953-2313

BERT ABNEY FRICKS
IDGETTE COOPER
BRIAN C. RANCK

E-MAIL:
FIRM@FRICKSFIRM.COM
WWW.FRICKSFIRM.COM


November 3, 2003

COPY

COPY

Mrs. Jackie Robinson-Burnette
MTMC Acquisition – 12S45
Hoffman Building II
200 Stovall Street
Alexandria, VA 22332-5000

RE: Termination for Convenience Settlement
Proposal – Part One
EP Productions, Inc.

Dear Jackie:

Thank you again for a most productive telephone conference. Knowing the way you would like to see the information makes everyone feel much better.

As discussed, enclosed please find the supporting documentation for Part One (representing approximately 30% or $183,719.80) of my client's partial claim arising out of the Termination for Convenience of February 13, 2003. As you can see, we included a brief narrative for each CLIN in which we are claiming reimbursement with accompanying, supporting documentation.

Please review the enclosed materials. Provided they meet with your approval as to format, we will certainly meet the agreed upon deadline for our submission of Part 2 (after Elizabeth delivers the baby, of course).

Finally, please direct all inquiries, comments, or requests for information to my attention at rob@fricksfirm.com with a copy to my client EP Productions, Inc. at elizabeth@epproductions.com.

Thank you again and I look forward to a speedy resolution of this matter. With highest personal regards, I remain

Yours sincerely,

Robert Abney Fricks

RAF/jds
cc: Ms. Elizabeth Porter

PLAINTIFF'S EXHIBIT "C"

# TAB ONE – ADMINISTRATIVE COSTS

As listed within contract DAMT01-02-T-0033, EP Productions, Inc. is claiming reimbursement for . . .

| CLIN # | TOTAL CLIN AMT | % of CLIN CLAIMED | CLAIM AMOUNT |
|---|---|---|---|
| CLIN 0006 | $55,000.00 | 100% | $55,000.00 |
| | | TOTAL CLAIM ADMINISTRATIVE COSTS | **$55,000.00** |

**Narrative:**

EP Productions, Inc. began work on and has incurred administrative costs for contract DAMT01-02-T-0033 on April 20, 2002 and continued through April 19, 2003 despite the issuance of the Termination for Convenience.

This claim represents all contractual work for the subject contract but does not include administrative costs and expenses for preparing and/or settling the Termination for Convenience.

# TAB TWO – REPORTS

As listed within contract DAMT01-02-T-0033, EP Productions, Inc. is claiming reimbursement for . . .

| CLIN # | TOTAL CLIN AMT | % of CLIN CLAIMED | CLAIM AMOUNT |
|---|---|---|---|
| CLIN 0007 | $3,500.00 | 100% | $3,500.00 |
| | | TOTAL CLAIM REPORTS | **$ 3,500.00** |

**Narrative:**

EP Productions, Inc. began work on the required reports in the Summer of 2002 as a part of the development process for the registration databases and webpage. All work was complete in September 2002.

Attached you will find a copy of the final reports as required by the contract. The final report date is February 13, 2003.

# 2003 MTMC Final Symposium Report

1. Total # of attendees – 1152
2. Total # of military attendees – 268
3. Total # of military officer attendees – 95
4. Total # of military warrant officer attendees – 17
5. Total # of military enlisted attendees – 156
6. Total # of Army attendees - 26
7. Total # of Army officer attendees – 18
8. Total # of Army warrant office attendees - 1
9. Total # of Army enlisted attendees - 7
10. Total # of ANG attendees - 29
11. Total # of ANG officer attendees - 18
12. Total # of ANG warrant officer attendees - 3
13. Total # of ANG enlisted attendees - 8
14. Total # of Air Force attendees - 91
15. Total # of Air Force officer attendees - 24
16. Total # of Air Force warrant officer attendees - 0
17. Total # of Air Force enlisted attendees - 67
18. Total # of AFNG attendees - 64
19. Total # of AFNG officer attendees - 12
20. Total # of AFNG warrant officer attendees - 0
21. Total # of AFNG enlisted attendees - 52
22. Total # of Marine Corps attendees - 24
23. Total # of Marine Corps officer attendees - 7
24. Total # of Marine Corps warrant officer attendees - 6
25. Total # of Marine Corps enlisted attendees - 11
26. Total # of Navy attendees - 13
27. Total # of Navy officer attendees - 11
28. Total # of Navy warrant officer attendees - 0
29. Total # of Navy enlisted attendees – 2
30. Total # of Coast Guard attendees - 14
31. Total # of Coast Guard officer attendees - 1
32. Total # of Coast Guard warrant officer attendees - 7
33. Total # of Coast Guard enlisted attendees - 6
34. Total # of civilian attendees - 557
35. Total # of General Schedule (GS) attendees - 528
36. Total # of General Manager (GM) attendees - 14
37. Total # of Senior Executive Service (SES) attendees - 6
38. Total # of Wage Grade (WG) attendees - 9
39. Total # of Army civilians - 168
40. Total # of Army General Schedule (GS) attendees - 159
41. Total # of Army General Manager (GM) attendees - 4
42. Total # of Army Senior Executive Service (SES) attendees - 2
43. Total # of Army Wage Grade (WG) attendees - 3
44. Total # of ANG civilians - 23
45. Total # of ANG General Schedule (GS) attendees - 22

46. Total # of ANG General Manager (GM) attendees - 1
47. Total # of ANG Senior Executive Service (SES) attendees - 0
48. Total # of ANG Wage Grade (WG) attendees - 0
49. Total # of Air Force civilians - 120
50. Total # of Air Force General Schedule (GS) attendees - 115
51. Total # of Air Force General Manager (GM) attendees - 2
52. Total # of Air Force Senior Executive Service (SES) attendees - 0
53. Total # of Air Force Wage Grade (WG) attendees - 3
54. Total # of AFNG civilians - 9
55. Total # of AFNG General Schedule (GS) attendees - 8
56. Total # of AFNG General Manager (GM) attendees - 0
57. Total # of AFNG Senior Executive Service (SES) attendees – 0
58. Total # of AFNG Wage Grade (WG) attendees - 1
59. Total # of Marine Corps civilians - 20
60. Total # of Marine Corps General Schedule (GS) attendees - 17
61. Total # of Marine Corps General Manager (GM) attendees - 3
62. Total # of Marine Corps Senior Executive Service (SES) attendees - 0
63. Total # of Marine Corps Wage Grade (WG) attendees - 0
64. Total # of Navy civilians - 99
65. Total # of Navy General Schedule (GS) attendees - 97
66. Total # of Navy General Manager (GM) attendees - 1
67. Total # of Navy Senior Executive Service (SES) attendees - 0
68. Total # of Navy Wage Grade (WG) attendees - 1
69. Total # of Coast Guard civilians - 21
70. Total # of Coast Guard General Schedule (GS) attendees - 21
71. Total # of Coast Guard General Manager (GM) attendees - 0
72. Total # of Coast Guard Senior Executive Service (SES) attendees - 0
73. Total # of Coast Guard Wage Grade (WG) attendees - 0
74. Total # of DLA Activity civilians - 20
75. Total # of DLA Activity General Schedule (GS) attendees - 19
76. Total # of DLA Activity General Manager (GM) attendees - 1
77. Total # of DLA Activity Senior Executive Service (SES) attendees - 0
78. Total # of DLA Activity Wage Grade (WG) attendees - 0
79. Total # of DOD Activity civilians - 40
80. Total # of DOD Activity General Schedule (GS) attendees - 37
81. Total # of DOD Activity General Manager (GM) attendees - 1
82. Total # of DOD Activity Senior Executive Service (SES) attendees - 2
83. Total # of DOD Activity Wage Grade (WG) attendees - 0
84. Total # of All Other civilians - 14
85. Total # of All Other General Schedule (GS) attendees - 12
86. Total # of All Other General Manager (GM) attendees - 1
87. Total # of All Other Senior Executive Service (SES) attendees - 0
88. Total # of All Other Wage Grade (WG) attendees - 1
89. Total # of Industry attendees - 327
90. Total # paying for Welcome social only – n/a
91. Total # paying for Banquet Dinner only – n/a
92. Total # paying for Breakfast only – n/a

# TAB THREE – T0TEBAGS/PROGRAM BOOK MATERIALS

As listed within contract DAMT01-02-T-0033, EP Productions, Inc. is claiming reimbursement for . . .

| CLIN # | TOTAL CLIN AMT | % of CLIN CLAIMED | CLAIM AMOUNT |
|---|---|---|---|
| CLIN 0090 | $8,100.00 | 100% | $8,100.00 |
| CLIN 1095 | $69,050.00 | APPROX. 5.2% | $3,600.00 |
| | [ $1,800.00 for 1,800 sets of tabs at $1.00 each] | | |
| | [ $1,800.00 for 1,800 tablets at $1.00 each] | | |
| NEW<br>STORAGE OF BINDERS | | 100% | $ 919.80 |
| NEW<br>PICK-UP/DELIVERY/HANDLING COSTS OF BINDERS | | 100% | $ 600.00 |
| | | TOTAL CLAIM<br>TOTEBAGS/MATERIALS | **$13,219.80** |

**Narrative:**

EP Productions, Inc. was notified by the COR in the fall of 2002 that MTMC wished to select binders instead of totebags for the 2003 Symposium and proposed a modification for the Contractor to also develop, design and print the program book as well due to a lack of staffing on the Symposium team.

In December 2002, Modification P0007 was issued by Ms. Toye Latimore that instituted these changes. Additional funds were added to the contract for the Program Book, however no funds were added for the substitution of the totebags to binders as the cost was the same. This CLIN remained as is.

In January 2003, EP Productions, Inc. began their search to locate custom binders that met the specifications of the contract and approval of the COR. A cost was negotiated, and a sample was produced and forwarded to the COR for final approval. On January 22, 2003, Allied Decal in Fort Lauderdale, FL began production of 1,800 custom binders bearing the MTMC logo on the front cover. There was no date or year that appeared on the product. Additionally, Allied Decal also began production for 1,800 custom sets of tabs for the program book as well as ordered 1,800 tablets designed to fit in the rear of the custom binder.

Upon notification of the work stoppage on February 12, 2003, EP Productions, Inc. contacted Allied Decal to discuss the status of the order. EP Productions was notified that all items were complete at that time and ready for pick-up.

EP Productions discussed with the Contracting Officer, Ms. Toye Latimore, of utilizing all three items for the 2004 Symposium. The decision was made that EP Productions would pick-up and store the materials until Spring 2004. It was more cost effective for the Government to pay EP Productions for pick-up and storage than it was to ship the products to MTMC and then reproduce them in January 2004.

EP Productions made arrangements and incurred costs of $600.00 for the materials to be picked up from Allied Decal in Fort Lauderdale, Florida and to be delivered to Jacksonville, Florida where they would remain in storage until Spring 2004. A storage unit was secured by EP Productions to house the items as EP Productions did not have facilities available to house 120 boxes of materials for a one-year period. A climate controlled unit was rented (the products were vinyl and would melt if exposed to extreme heat and/or humidity) and secured. In an effort to reduce costs (we received a lower monthly cost plus received one month free), EP Productions paid for the storage in advance for a period of one year. The cost for the one year of climate controlled storage was $919.80.

In October 2003, EP Productions, Inc was notified by MTMC that beginning January 1, 2004, MTMC would be changing their name from MTMC to SDDC; therefore making the use of the products in storage no longer an option for use for the 2004 Symposium. Therefore, EP Productions will need to begin the totebag/binder process from the beginning for the 2004 Symposium and is claiming all expenses related to the 2003 order.

Currently, the products are secured and stored in Jacksonville, Florida. The storage unit is paid in full until April 18, 2004. The costs claimed by EP Productions, Inc. do not include labor, shipping, handling or delivery to return the products to MTMC. EP Productions will be happy to work with MTMC to assist them in either returning the products to MTMC or disposing of the items.

Attached documentation of this claim is enclosed.




***Note:* Faxes tend to distort. Please go by dimensions given. *Do Not* try to measure.**

**Allied Decals fla, inc.**
5190 N.W. 10th Terr., Ft. Laud., FL 33309
Brow 954-776-0500 WATS 1-800-940-2233
**FAX: 954-776-6520**

- This Art is for your approval, please make sure phone #, address, date, logo, color, size etc. are correct.
- We will be printing it exactly as it appears, unless otherwise noted.
- Modifications or changes will incur additional charges and lengthen delivery.

Please read your artwork & don't approve unless you are sure it is correct, as you are responsible. Printing will not start until we receive approval signed, dated & with proper areas checked.

*Please check appropriate box or boxes.*

O.K. as is [X] O.K. with changes [ ] Please correct or change as noted [ ]

NEW PROOF REQUIRED: YES [ ] NO [ ]

SIGN: [signature] DATE: 1/22/03

CUST.: Department of The Army
JOB # 8522
ATTN.: Elizabeth Porter
PART SIZE: ½" round ring binder - 8½" x 11"
PRINT: FACE UP [✓] FACE DOWN [ ] DUAL FACE [ ]
INK COLOR(S): n/a - Blind Subtle Embossed
MATERIAL: black suede vinyl
DRAWING SHOWN AT 50% OF ACTUAL SIZE
ARTIST: Janine Date 1/22/03 1

Sheet Size: 11.0 x 9.0
Tab Style: Standard

Finished Size: 11.0 x 9.5 with tab extension of 0.5 Cut: 1/5
Font: Arial MT Bd Size: 12.0 Style: normal Case: Normal

| Welcome | Agenda & Information | Speakers & Events | Exhibits | Attendee Roster |
| --- | --- | --- | --- | --- |

WebSelfStorage Receipt

Customers Receipt No:
884013-00001068-00005972

Thursday - 3/20/2003 - 8:14:04 AM

E. P. PRODUCTIONS
ELIZABETH PORTER
8351 ROSWELL ROAD NE Apt # 356
ATLANTA, GA 30350
(770)751-6269

U-HAUL STORAGE OF DOWNTOWN , 884013
400 W ASHLEY ST
JACKSONVILLE, FL 32202
(904)358-9909

| ROOM | DESCRIPTION | THRU | PAID | AMOUNT |
|---|---|---|---|---|
| 7113 | 5X10X8 INTERIOR 7 STREET CLIMATE | 4/18/2004 | | $649.35 |
| 7113 | 1 MONTH FREE | 4/18/2004 | | ($49.95) |

| | |
|---|---|
| Paid Total: | $0.00 |
| Unpaid Total: | $599.40 |
| Tax FL 7.00%: | $0.00 |
| Fee Total: | $599.40 |
| Write Off | $29.95 |
| Write Off | $29.95 |
| ************1014 AMEX | $299.50 |
| ************1014 AMEX | $200.00 |
| Auth Code: 101340 | |
| Payment Total: | $559.40 |

X ______________________________
Customers's Signature

X ______________________________
Employee's Signature (DAVID G.)

**WHY CALL OR STAND IN LINE?**
Make your next room payment on-line at www.emove.com
Need some help in/out of your room? Get affordable, customer rated moving helpers on www.eMove.com

WebSelfStorage Receipt

Customers Receipt No:
884013-00001068-00005971

Thursday - 3/20/2003 - 7:33:40 AM

E. P. PRODUCTIONS
ELIZABETH PORTER
8351 ROSWELL ROAD NE Apt # 356
ATLANTA, GA 30350
(770)751-6269

U-HAUL STORAGE OF DOWNTOWN , 884013
400 W ASHLEY ST
JACKSONVILLE, FL 32202
(904)358-9909

| ROOM | DESCRIPTION | THRU | PAID | AMOUNT |
|---|---|---|---|---|
| 7117 | 5X5X8 INTERIOR 7 STREET CLIMATE | 4/18/2003 | ✓ | $29.95 |
| 7117 | 1 MONTH FREE | 4/18/2003 | ✓ | ($29.95) |
| 7117 | 5X5X8 INTERIOR 7 STREET CLIMATE | 5/18/2003 | ✓ | $29.95 |
| 7117 | 5X5X8 INTERIOR 7 STREET CLIMATE | 6/18/2003 | ✓ | $29.95 |
| 7117 | 5X5X8 INTERIOR 7 STREET CLIMATE | 7/18/2003 | ✓ | $29.95 |
| 7117 | 5X5X8 INTERIOR 7 STREET CLIMATE | 8/18/2003 | ✓ | $29.95 |
| 7117 | 5X5X8 INTERIOR 7 STREET CLIMATE | 9/18/2003 | ✓ | $29.95 |
| 7117 | 5X5X8 INTERIOR 7 STREET CLIMATE | 10/18/2003 | ✓ | $29.95 |
| 7117 | 5X5X8 INTERIOR 7 STREET CLIMATE | 11/18/2003 | ✓ | $29.95 |
| 7117 | 5X5X8 INTERIOR 7 STREET CLIMATE | 12/18/2003 | ✓ | $29.95 |
| 7117 | 5X5X8 INTERIOR 7 STREET CLIMATE | 1/18/2004 | ✓ | $29.95 |
| 7117 | 5X5X8 INTERIOR 7 STREET CLIMATE | 2/18/2004 | ✓ | $29.95 |
| 7117 | 5X5X8 INTERIOR 7 STREET CLIMATE | 3/18/2004 | ✓ | $29.95 |
| 7117 | 5X5X8 INTERIOR 7 STREET CLIMATE | 4/18/2004 | ✓ | $29.95 |

| | |
|---|---|
| Paid Total: | $359.40 |
| Unpaid Total: | $0.00 |
| Tax FL 7.00%: | $0.00 |
| Fee Total: | $359.40 |
| Write Off | $29.95 |
| Write Off | $29.95 |
| ***********1014 AMEX | $299.50 |
| Auth Code: 108613 | |
| Payment Total: | $359.40 |

X ______________________
Customers's Signature

X ______________________
Employee's Signature (DAVID G.)

**WHY CALL OR STAND IN LINE?**
Make your next room payment on-line at www.emove.com
Need some help in/out of your room? Get affordable, customer rated moving helpers on www.eMove.com

Feb-05-03 12:20P P.03

*** Attention:** Elizabeth Porter

**Please make sure your order acknowledgment below is correct.**
**Sign & Date This Acknowledgment & Fax back to 954-776-6520.**

Upon your return of this order acknowledgment (signed & dated), your art for approval (if required) will be sent. After your approval of art (if required) your order will be put into production. Thank Yo

SIGN This Copy for your Records, Thank you. DATE

954-776-0500 • FAX 954-776-6520 • WATS 800-2233
E-Mail: allied700@aol.com • www.allieddecals.com
'The Company You Can Identify With'

DATE:

SOLD TO: DEPARTMENT OF THE ARMY
HQ, MILITARY TRAFFIC MANAGEMENT COMMAND
200 STOVAL STREET
ALEXANDRIA, VA 22332-5000

SHIPPED TO

TERMS ARE NET 50%DEP/50%COD F.O.B. PLANT – FT. LAUDERDALE

| YOUR ORDER NO. | ORDER DATE | REPRESENTATIVE | SHIPPING DATE | SHIP VIA |
|---|---|---|---|---|
| ELIZABETH PORTER | 1/20/03 | DAVID | | |

10% OVER OR UNDER SHIPMENT MUST BE CONSIDERED A COMPLETED CONTRACT. BILLING IS MADE ACCORDINGLY.

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION AND SPECIFICATIONS | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1800 | | BINDERS – 11" X 8½"<br>RING SIZE – ½" OF THREE RINGS SHAPED ROUND-BLACK<br>MATERIAL – BLACK FRENCH CALF VINYL<br>BLIND SUBTLE DEBOSSED<br>INSIDE POCKETS – MATERIAL BLACK<br>CLEAR BUSINESS CARD POCKET<br>PADDED – FRONT AND BACK<br>RINGS INSTALLED ON SPINE | | |
| 1800 | | 5 BANK TAB SETS | | |
| 1800 | | 11" X 8½" WHITE LINED PADS | | |

| | | |
|---|---|---|
| Art/Prep | 20.00 | |
| Dies/Tooling | | |
| Freight | | |
| Misc. | | |
| Sub Total | | |
| Tax | TE | |
| Total Due | | |
| Deposit | | |
| Bal. Due | | |

***10% OVER OR UNDER SHIPMENT MUST BE CONSIDERED A COMPLETED CONTRACT. BILLING IS MADE ACCORDINGLY.***

All products are sold with the understanding that the purchaser has determined the suitability and application of such products for Vendees purposes. We hereby certify that these goods and/or services were produced and/or performed in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act of 1 as amended, and of regulations and orders of the Administrator of Wage and Hour Division issued under Section 14 thereof.

INVOICE

*THIS ORDER IS SUBJECT TO TERMS & CONDITIONS APPEARING ON THE BACK HEREOF.

ELIZABETH E. PORTER
8351 ROSWELL RD. NE, #356
ATLANTA, GA 30350

5573

Date 4/10/03

13-1542/420
2183

00 5647 511022499 111151358006

Pay to the Order of Victor Segovia $450.00

Four Hundred Fifty 00/100 Dollars

Security features are included. Details on back.

Huntington
www.huntington.com

©Clarke American REGENCY® WRE

For

[signature] MP

⑆042015422⑆ 0265073128⑈05573 ⑈0000045000⑈

ELIZABETH E. PORTER
8351 ROSWELL RD. NE, #356
ATLANTA, GA 30350

5575

Date 4/13/03

13-1542/420
2183

00 4237 513017597 111151358006

Pay to the Order of Victor Segovia $150.00

One Hundred Fifty 00/100 Dollars

Security features are included. Details on back.

Huntington
www.huntington.com

©Clarke American REGENCY® WRE

For

[signature]

⑆042015422⑆ 0265073128⑈05575 ⑈0000015000⑈

# TAB FOUR – REGISTRATION

As listed within contract DAMT01-02-T-0033, EP Productions, Inc. is claiming reimbursement for . . .

| CLIN # | TOTAL CLIN AMT | % of CLIN CLAIMED | CLAIM AMOUNT |
|---|---|---|---|
| CLIN 0005 | $115,000.00 | APPROX. 93.5% | $107,500.00 |
| | | TOTAL CLAIM REGISTRATION | **$107,500.00** |

**Narrative:**

EP Productions, Inc. began work on the required registration in the Summer of 2002 as a part of the development process for the registration databases and webpage. All development and testing was complete in September 2002.

EP Productions took the site live in November 2002 and the registration portions live in early January 2003. All registration requirements were completed as outlined within the subject contract with the exception of the staffing on-site requirements. EP Productions intended to utilize five individuals at a cost of $1,500 each or a total of $7,500.00. Due to the fact this cost was not incurred, EP Productions has subtracted it from the overall cost to be claimed.

Attached you will find a summary of the documentation of the work performed for registration.

# Registration Support Information

4731 Announcement emails sent to potential Symposium attendees

1152 Individuals who registered on the Symposium website to attend the Symposium

1152 Personalized Symposium confirmations sent to registered attendees

1531 Individuals who registered on the Symposium website for hotel accommodations

1531 Emails sent to hotel with data requesting personalized confirmation number

1531 Emails from hotel processed into attendee database with confirmation number

1531 Personalized hotel confirmations sent to registered attendees

101 Symposium and hotel confirmations resent due to incomplete registration data (bad email address, invalid credit card number, etc.)

703 Personally answered emails regarding changes or questions

> If a Symposium change – The database must be modified to reflect the change and a confirmation change email was sent to attendee
>
> If a hotel change – The database must be modified, send attendee request to hotel, wait for reply, send notification to attendee once received from hotel

92 Symposium cancellations that required database to be modified and a personal cancellation number email to be sent to each canceling attendee

81 Hotel cancellations that required database to be modified, attendee information to be sent to hotel, receive a hotel issued cancellation number and then send a personalized email to attendee with a cancellation number

41 Daily registration reports sent to the COR

27 Registration reports sent to the Services – Marines, Air Force and Navy

# TAB FIVE – SPECIALIZED MEETING MANAGEMENT

As listed within contract DAMT01-02-T-0033, EP Productions, Inc. is claiming reimbursement for . . .

| CLIN # | TOTAL CLIN AMT | % of CLIN CLAIMED | CLAIM AMOUNT |
|---|---|---|---|
| CLIN 1095 | $69,050.00 | APPROX. 6.5% | $4,500.00 |
| | | TOTAL CLAIM<br>MEETING MANAGEMENT | **$4,500.00** |

**Narrative:**

Modification P0007 provided for EP Productions to conduct Specialized Meeting Management for Tack-On sessions. Again, this was added to the contract due to an immediate need and lack of staff on the MTMC Symposium team.

EP Productions began the work in December 2002 and the work was complete in early February 2003. Attached you will find a summary of the documentation of the work performed for Specialized Meeting Management.

**Tack-On Status – Updated January 23, 2003**

| ACTIVITY | POC | COMMENTS |
|---|---|---|
| Marines | Major Joe Paulson<br>paulsonjd@hqmc.usmc.mil<br>Mrs. Kathy Estes<br>703-695-7930<br>esteskm@hqmc.usmc.mil | Web info has been posted. Form received. |
| Air Force | Maj Doug Engberson<br>703-697-9560<br>Douglas.Engberson@pentagon.af.mil | Web info has been posted. Form received. |
| Coast Guard - HHG | Les Weisbeck<br>202-267-2247<br>Lweisbeck@comdt.uscg.mil | Web info has been posted. Form received. |
| Army National Guard | Maj Carl Williams<br>703-607-7026<br>carl.williams@ngb.army.mil | Web info has been posted. Form received. |
| Air National Guard | MSGT Stephen Butler<br>301-836-8287<br>stephen.butler@ang.af.mil | Web info has been posted. Form received. |
| Army Corps of Engineers | Belinda Taswell<br>202-761-0936<br>belinda.k.taswell@usace.army.mil | Web info has been posted. Form received. |
| Coast Guard - Freight | Jim Christ<br>202-267-0640<br>jchrist@comdt.uscg.mil | Web info has been posted. Form received. |
| GSA | Ted Bembenek<br>202-208-7629<br>ted.bembenek@gsa.gov<br>Elizabeth Allison<br>202-219-1729 | Web info has been posted. Form received. |
| Navy Material (Freight)<br>Navy Passenger | Jo Policastro<br>757-443-5401<br>josephine_policastro@navtrans.navy.mil | Web info has been posted. Form received for both plus for the labs. |
| Navy Personal Property - HHG | Swede Hansan<br>717-605-2823<br>robert_hansen_CONT@navsup.navy.mil | Web info has been posted. Form received. |
| Small Business | Pam Monroe<br>703-428-2037<br>monroep@mtmc.army.mil | Web info has been posted. Form received. |
| NDTA Meeting | Denny Edwards<br>703-751-5011<br>denny@ndtahq.com | Board of directors meeting to be held on Monday for 15 people. Will not be posted on the web. |
| Commanders Conf. | Jeanie Bell Winslow<br>703-428-2272<br>winslowj@mtmc.army.mil | Currently slated for Monday, Dec 16, 2002. No web info will be posted. |
| MTMC NCO Meeting | James Morgan<br>703-428-2455<br>morganj@mtmc.army.mil | |
| Army | Nelson Chandler<br>703-692-5404<br>nelson.chandler@hqda.army.mil | Web info has been posted. Form received. |

**Tack-On Schedule / Sunday, March 16, 2003**

| ACTIVITY | ROOM NAME | TIME | ATTENDEES | SET-UP |
|---|---|---|---|---|
| Air National Guard | Gov Square 12 | 8:00am – 5:00pm | 40 | 1 Front Table with 2 Chairs<br>1 Podium with Mic<br>1 Wireless hh<br>1 LCD, 1 Screen |
| Air Force | Plaza Court 2 | 7:00pm –10:00pm | 6 | Conference for 10<br>1 Internet Line |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Tack-On Schedule / Monday, March 17, 2003**

| ACTIVITY | ROOM NAME | TIME | ATTENDEES | SET-UP |
|---|---|---|---|---|
| | | | | |
| Coast Guard - HHG | Gov Square 9 | 8:00am – 5:00pm | 30 | 2 Front Tables with 4 chairs<br>1 Podium with Mic<br>2 tabletop mics<br>No Av or T-1 |
| Air National Guard | Gov Square 12 | 8:00am – 5:00pm | 100 | 1 Front Table with 2 Chairs<br>1 Podium with Mic<br>1 Wireless hh<br>1 LCD, 1 Screen |
| Army – Mgr Mtg | Plaza Court 6 | 1:00pm – 4:00pm | 40 | 2 Front Table with 4 chairs<br>1 Podium with Mic<br>1 LCD, 1 Screen |
| Small Business Mtg | Gov Square 11 | 8:00am – 5:00pm | 50 | 2 Front Tables with 4 Chairs<br>1 Podium with Mic<br>2 Tabletop Mics<br>1 Wireless Lav<br>1 LCD, 1 Screen<br>1 Internet Line |
| NDTA Meeting | Directors Row J | 9:00am – 4:00pm | 15 | Permanent Set |
| Commanders Conf | Gov Square 16 | 8:00am – 5:00pm | 50 | |
| Commanders Lunch | Directors Row H | | | |
| Navy HHG | Gov Square 14 | 8:00am – 5:00pm | 50 | 1 Front Table with 4 Chairs<br>1 Podium with Mic<br>2 Tabletop Mics<br>1 LCD, 1 Screen<br>1 Internet Line |
| Air Force | Plaza Court 2 | 8:00am – 10:00pm | 10 | Current Set |
| Air Force | Plaza Ballroom | 8:00am – 4:00pm | 300 | 2 Front Tables with 8 chairs<br>Permanent Set<br>Internet |
| GSA | Gov Square 15 | 8:30am – 5:30pm | 75 | 2 Front Tables with 4 Chairs<br>1 Podium with Mic<br>2 Tabletop Mics<br>1 LCD, 1 Screen<br>1 Internet Line |
| Army Corps of Eng. | Gov Square 10 | 8:30am – 4:00pm | 30 | 1 Front Table with 4 chairs<br>1 Podium with Mic<br>1 Tabletop Mic<br>1 LCD and screen<br>1 Internet Line |

**Tack-On Schedule / Thursday, March 20, 2003**

| ACTIVITY | ROOM NAME | TIME | ATTENDEES | SET-UP |
|---|---|---|---|---|
| Marines | Windows | 7:30am – 5:00pm | 50 | 1 Podium with Mic<br>1 Wireless HH<br>1 Wireless Lapel |
| Navy Material | Gov Square 15 | 8:00am – 5:00pm | 200 | 1 Front Table with 4 chairs<br>1 Podium with Mic<br>1 Tabletop, 1 Lapel, 1 Wireless HH<br>1 LCD, 1 Screen |
| Navy Passenger | Gov Square 9 | 8:00am – 5:00pm | 40 | 1 Front Table with 4 chairs<br>1 Podium with Mic<br>2 Tabletops,<br>1 LCD, 1 Screen<br>1 Internet Line |
| Navy Lab Rooms | Plaza Court 6-7-8 | 8:00am – 5:00pm | 10 - each | Each Room:<br>4 Tables each with 2 chairs<br>4 Internet Lines Per Room |
| Navy HHG | Gov Square 11 | 8:00am – 5:00pm | 50 | 1 Front Table with 4 Chairs<br>1 Podium with Mic<br>2 Tabletop Mics<br>1 LCD, 1 Screen<br>1 Internet Line |
| Army National Gd | Gov Square 10 | 8:00am – 5:00pm | 100 | 1 Front Table with 2 chairs<br>1 Podium with Mic<br>1 Lapel, 1 Wireless<br>1 Overhead & Screen<br>1 VCR & Monitor |
| Army | Gov Square 12 | 8:00am – 5:00pm | 100 | 2 Front Tables with 7 chairs<br>1 Podium with Mic<br>1 Lapel, 1 Wireless hh<br>3 Tabletop Mics<br>1 LCD, 1 Screen, 1 Overhead<br>1 Internet Line |
| Air Force | Gov Square 14 | | 120 | |
| 599th Transportation Grp. Commanders' Conference | | | 20 | |
| MTMC NCO Meeting – By Invitation Only | Plaza Court 3 | 9:00am – 5:00pm | 15 | Three sided Conf for 15<br>1 Podium<br>1 LCD, 1 Screen |
| Coast Guard – Freight | Gov Square 16 | 8:00am – 5:00pm | 50 | 2 Front tables with 4 chairs<br>1 Podium with mic<br>1 Lapel, 1 Wireless hh<br>1 Overhead, 1 Screen, 1 LCD<br>1 Internet Line |

**Tack-On Schedule / Friday, March 21, 2003**

| ACTIVITY | ROOM NAME | TIME | ATTENDEES | SET-UP |
|---|---|---|---|---|
| | | | | |
| Army | Gov Square 12 | 8:00am – 5:00pm | 100 | 2 Front Tables with 7 chairs<br>1 Podium with Mic<br>1 Lapel, 1 Wireless hh<br>3 Tabletop Mics<br>1 LCD, 1 Screen, 1 Overhead<br>1 Internet Line |

Office of Command Affairs December 2002

1. The Military Traffic Management Command (MTMC) is excited to invite you to participate in the 2003 MTMC Training Symposium will be held at the Adams Mark Hotel, Denver, Colorado, on March 17-21, 2003.

2. We are in the process of schedule our specialized meetings and invite you to develop your sessions now. These meetings will be scheduled around the core MTMC Symposium days and may convene March 18-19, 2003. The following dates and times are available for scheduling your tack-on meetings:

a. Monday, March 17, 2003 8:00 am to 5:00 pm
b. Thursday, March 20, 2003 8:00 am to 5:00 pm
c. Friday, March 21, 2003 8:00 am to 5:00 pm

3. For our planning purposes, please complete the attached "Specialized Meetings" Registration Form (Encl 1). We also ask you to **read carefully the guidance on the reverse side of the form.**

4. We are pleased to announce that for those individuals who register before March 1, 2003, the Symposium registration fee will be $200.00 ... the same as last year. For those attendees who register after March 1, 2003, the Symposium registration fee is $230.00. This fee will entitle attendees to participate in all tack-on sessions and Symposium activities including general sessions, functional breakouts, exhibits, motivational speaker breakfast, quality award dinner and more! For those individuals only attending Monday, Thursday and/or Friday tack-on meetings, the daily fee is $45.00 per day and does not include admittance to Symposium activities. On-line registration begins January 9, 2003 at www.mtmcsymposium.com

5. Your participation in our Symposium is appreciated and contributes greatly to its success. To ensure we meet your requirements, please fax your registration form to our Symposium Contractor, EP Productions, no later than **January 6, 2003** at (770) 640-6800. Questions may be directed to Ms. Elizabeth Porter at (770)-804-0095.

Sincerely,

/s/ Jeanie Bell Winslow
Acting Director
Command Affairs Office

Encl

**FAX BY: JANUARY 6, 2003 TO 770-640-6800**

# 2003 MTMC TRAINING SYMPOSIUM

## SPECIALIZED MEETINGS REGISTRATION FORM

Organization ______________________________

Point of Contact ______________________________

Telephone ____________________ Fax ____________________

E-Mail Address ______________________________

### MEETING ROOM DATES AND TIMES

Date __________ Start Time ________ End Time ________ # Attendees ________

Date __________ Start Time ________ End Time ________ # Attendees ________

Date __________ Start Time ________ End Time ________ # Attendees ________

### MEETING ROOM SET-UP

**All rooms will be set in classroom style unless otherwise requested.*

### TABLES AND CHAIRS

*(Please Indicate Quantity)*

Front Tables ________ Chairs at Front Tables ________ Lectern/Podium: ________

(Due to spacing limitations tables are not permitted in the back of meeting room.)

### EQUIPMENT

*(Please Indicate Quantity)*

Tabletop Microphone ________
Lectern/Podium Microphone ________
Lapel Microphone Wireless ________
Corded Microphone With Stand ________
Cordless Microphone ________

Overhead Proj. ________
Screen ________
LCD Projector ________
VCR* ________
VCR Monitor* ________

T-1 Line ______
(Internet Access Only)

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card. * VCR'S are not viewable for groups over 30 people.

# 2003 MTMC TRAINING SYMPOSIUM

## TACK-ON POLICIES

The following applies to all activities using tack-on meeting rooms during the 2003 MTMC Training Symposium:

a. All personnel attending tack-on meetings, including moderators, speakers and/or presenters, are required to register for the symposium, pay the symposium registration fee, and wear their symposium name badge during all meetings.

b. The tack-on registration form must be returned no later than 6 January 2003 to EP Productions via fax at (770) 804-0095.

c. Changes to space, room set-ups, and equipment **cannot be made on-site.**

d. No tack-on meetings will be permitted during the core MTMC symposium dates of Tuesday, 18 March 2003 and Wednesday, 19 March 2003. Dates and times available for tack-on meetings are:

| | |
|---|---|
| Monday, 17 March 2003 | 8:00 am to 5:00 pm |
| Thursday, 20 March 2003 | 8:00 am to 5:00 pm |
| Friday, 21 March 2003 | 8:00 am to 5:00 pm |

e. Refreshments will be available for tack-on meetings in the public area outside of your assigned meeting room during the following dates and times. Please schedule your meetings accordingly.

| | |
|---|---|
| Monday, 17 March 2003 | 10:00 am to 10:30 am and 2:30 pm to 3:00 pm |
| Thursday, 20 March 2003 | 10:00 am to 10:30 am and 2:30 pm to 3:00 pm |

f. Please note, hotel policy does not permit outside food and/or beverages in the meeting rooms.

g. Each activity is responsible for the delivery and receipt at the Adam's Mark Denver of demonstration sets, displays, equipment, handouts, promotional items and all other materials. For further information, please contact Ms. Elizabeth Porter, Symposium Contractor, EP Productions, (770) 804-0095 or e-mail epproductions@earthlink.net

h. Questions pertaining to tack-on meetings may be directed to Ms. Elizabeth Porter at (770) 804-0095.

# 2003 MTMC TRAINING SYMPOSIUM

## TACK-ON REGISTRATION FORM

Organization ~~HQ MTMC~~ MTMC NCO Meeting (By Invitation Only)

Point of Contact CSM James Morgan

Telephone (703) 428-2455 Fax (703) 428-3337 ~~morganj@MTMC.Army.mil~~

E-Mail Address morganj@MTMC.Army.mil

## MEETING ROOM DATES AND TIMES

Date 20 MAR 03 Start Time 0900 End Time 1600 # Attendees 15

Date ______ Start Time ______ End Time ______ # Attendees ______

Date ______ Start Time ______ End Time ______ # Attendees ______

## MEETING ROOM SET-UP

**All rooms will be set in classroom style unless otherwise requested.*

## TABLES AND CHAIRS

*(Please Indicate Quantity)*

Front Tables ______ Chairs at Front Tables 15 Lectern/Podium: 1

(Due to spacing limitations tables are not permitted in the back of meeting room.)

## EQUIPMENT

*(Please Indicate Quantity)*

Tabletop Microphone ______
Lectern/Podium Microphone ______
Lapel Microphone Wireless ______
Corded Microphone With Stand ______
Cordless Microphone ______

Overhead Proj. ______
Screen ✓
LCD Projector ✓
VCR* ______
VCR Monitor* ______

T-1 Line ______
(Internet Access Only)

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card.

*VCR'S are not viewable for groups over 30 people.

FAX BY: JANUARY 6, 2003 TO 770-640-6800

# 2003 MTMC TRAINING SYMPOSIUM

## SPECIALIZED MEETINGS REGISTRATION FORM

Organization HQ DA - ARMY TACK ON

Point of Contact MS. CRYSTAL JONES

Telephone 703-614-1037 Fax 703-614-6016

E-Mail Address CrystaL. Jones@hqda.army.mil

### MEETING ROOM DATES AND TIMES

| Date | Start Time | End Time | # Attendees |
|---|---|---|---|
| 17 MAR 03 | 1300 | 1600 | 75 |
| 20 MAR 03 | 0800 | 1730 | 120-125 |
| 21 MAR 03 | 0800 | 1730 | 120-125 |

- up front 2 tables pod US Screen

### MEETING ROOM SET-UP

**All rooms will be set in classroom style unless otherwise requested.*

### TABLES AND CHAIRS

*(Please Indicate Quantity)*

Front Tables 2 Chairs at Front Tables 7 Lectern/Podium: 1

(Due to spacing limitations tables are not permitted in the back of meeting room.)

### EQUIPMENT

*(Please Indicate Quantity)*

| | | | | | |
|---|---|---|---|---|---|
| Tabletop Microphone | 3 | Overhead Proj. | 1 | T-1 Line (Internet Access Only) | 1 |
| Lectern/Podium Microphone | 1 | Screen | 1 | | |
| Lapel Microphone Wireless | 1 | LCD Projector | 1 | | |
| Corded Microphone With Stand | 0 | VCR* | | | |
| Cordless Microphone | 1 | VCR Monitor* | | | |

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, ~~each laptop utilizing T-1 access during tack-on meetings~~ must be equipped with a ethernet or network card. * VCR'S are not viewable for groups over 30 people.

NATURE SAVER™ FAX MEMO 01616

| | | | |
|---|---|---|---|
| Date 1/25 | # of pages ▶ 1 | | |
| To Elizabeth Porter | | From Sue Ducombs | |
| Co./Dept. EP Productions | | Co. NAVSUP | |
| Phone # 770 804 0095 | | Phone # 717 605 5862 | |
| Fax # 770 640 6800 | | Fax # | |

# 2003 MTMC TRAINING SYMPOSIUM

## TACK-ON REGISTRATION FORM

Organization Naval Supply Systems Command

Point of Contact Susan Ducombs OR Richard McIntire

Telephone Sue 717 605 5862 Richard 717 605 1927 Fax 717 605 5854

E-Mail Address susan_s_ducombs@navsup.navy.mil Richard_E_McIntire@navsup.navy.mil

## MEETING ROOM DATES AND TIMES

Date Mar 17 Start Time 0800 End Time 5 PM # Attendees 50

Date Mar 20 Start Time 0800 End Time 5 PM # Attendees 50

Date Mar 21 Start Time 0800 End Time 5 PM # Attendees 50

## MEETING ROOM SET-UP

**All rooms will be set in classroom style unless otherwise requested.*

### TABLES AND CHAIRS

*(Please Indicate Quantity)*

Front Tables 1 Chairs at Front Tables 4 Lectern/Podium: ______

(Due to spacing limitations tables are not permitted in the back of meeting room.)

### EQUIPMENT

*(Please Indicate Quantity)*

Tabletop Microphone ______
Lectern/Podium Microphone ______
Lapel Microphone Wireless ______
Corded Microphone With Stand ______
Cordless Microphone ______

Overhead Proj. ______
Screen 1
LCD Projector 1
VCR* ______
VCR Monitor* ______

T-1 Line 1
(Internet Access Only)

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card.

*VCR'S are not viewable for groups over 30 people.

# 2003 MTMC TRAINING SYMPOSIUM

## SPECIALIZED MEETINGS REGISTRATION FORM

Organization _____HQ MTMC Small Business________________________

Point of Contact ___Pamela Monroe____________________________

Telephone _703-428-2037_____________ Fax ____703-428-3364__________

E-Mail Address ___monroep@mtmc.army.mil________________________

## MEETING ROOM DATES AND TIMES

Date ____17 March 03_______ Start Time __0800___End Time ___1500 # Attendees__50______

Date _____________ Start Time __________ End Time __________ # Attendees___________

Date _____________ Start Time __________ End Time __________ # Attendees___________

## MEETING ROOM SET-UP

**All rooms will be set in classroom style unless otherwise requested.*

## TABLES AND CHAIRS

*(Please Indicate Quantity)*

Front Tables __2______ Chairs at Front Tables ____4__ Lectern/Podium: ___1______

(Due to spacing limitations tables are not permitted in the back of meeting room.)

***Per Elizabeth Porter on 1/10/03 – I can have 2 tables in the back.**

## EQUIPMENT

*(Please Indicate Quantity)*

| | | | | | |
|---|---|---|---|---|---|
| Tabletop Microphone | ___1_____ | Overhead Proj. | ____1____ | T-1 Line | __1___ |
| Lectern/Podium Microphone | ___1_____ | Screen | ____1____ | (Internet Access Only) | |
| Lapel Microphone Wireless | ___1____ | LCD Projector | ____1____ | | |
| Corded Microphone With Stand | ___1____ | VCR* | ____1____ | | |
| Cordless Microphone | ___1_____ | VCR Monitor* | ____1____ | | |

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card.

*VCR'S are not viewable for groups over 30 people.

# 2003 MTMC TRAINING SYMPOSIUM

## SPECIALIZED MEETINGS REGISTRATION FORM

Organization Department of Energy Transportation Response Action Contract

Point of Contact Ted Bembenek

Telephone 202-208-7629 Fax 202-501-6742

E-Mail Address ted.bembenek@gsa.gov

## MEETING ROOM DATES AND TIMES

Date 03/17/2003 Start Time 8:30 a End Time 10:00 a # Attendees 75

Date ______ Start Time ______ End Time ______ # Attendees ______

Date ______ Start Time ______ End Time ______ # Attendees ______

## MEETING ROOM SET-UP

***All rooms will be set in classroom style unless otherwise requested.**

### TABLES AND CHAIRS

*(Please Indicate Quantity)*

Front Tables 2 Chairs at Front Tables 4 Lectern/Podium: 1

(Due to spacing limitations tables are not permitted in the back of meeting room.)

### EQUIPMENT

*(Please Indicate Quantity)*

Tabletop Microphone 2
Lectern/Podium Microphone ______
Lapel Microphone Wireless ______
Corded Microphone With Stand ______
Cordless Microphone ______

Overhead Proj. ______
Screen 1
LCD Projector 1
VCR* ______
VCR Monitor* ______

T-1 Line ______
(Internet Access Only)

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card.

*VCR'S are not viewable for groups over 30 people.

# 2003 MTMC TRAINING SYMPOSIUM

## SPECIALIZED MEETINGS REGISTRATION FORM

Organization KnowNet Transportation Web-based Tutorial

Point of Contact Ted Bembenek

Telephone 202-208-7629 Fax 202-501-6742

E-Mail Address ted.bembenek@gsa.gov

## MEETING ROOM DATES AND TIMES

Date 03/17/2003 Start Time 10:15 a End Time 11:45a # Attendees 75

Date ______ Start Time ______ End Time ______ # Attendees ______

Date ______ Start Time ______ End Time ______ # Attendees ______

## MEETING ROOM SET-UP

**All rooms will be set in classroom style unless otherwise requested.*

## TABLES AND CHAIRS

*(Please Indicate Quantity)*

Front Tables 2 Chairs at Front Tables 4 Lectern/Podium: 1

(Due to spacing limitations tables are not permitted in the back of meeting room.)

## EQUIPMENT

*(Please Indicate Quantity)*

Tabletop Microphone 2
Lectern/Podium Microphone ______
Lapel Microphone Wireless ______
Corded Microphone With Stand ______
Cordless Microphone ______

Overhead Proj. ______
Screen 1
LCD Projector 1
VCR* ______
VCR Monitor* ______

T-1 Line ______
(Internet Access Only)

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card.

*VCR'S are not viewable for groups over 30 people.

# 2003 MTMC TRAINING SYMPOSIUM

## SPECIALIZED MEETINGS REGISTRATION FORM

Organization DOT Maritime Administration
Cargo Preference and other maritime issues
Point of Contact Ted Bembenek

Telephone 202-208-7629 Fax 202-501-6742

E-Mail Address ted.bembenek@gsa.gov

### MEETING ROOM DATES AND TIMES

Date 03/17/2003 Start Time 1:00 p End Time 2:30p # Attendees 75

Date ______ Start Time ______ End Time ______ # Attendees ______

Date ______ Start Time ______ End Time ______ # Attendees ______

### MEETING ROOM SET-UP

**All rooms will be set in classroom style unless otherwise requested.*

### TABLES AND CHAIRS

*(Please Indicate Quantity)*

Front Tables 2 Chairs at Front Tables 4 Lectern/Podium: 1
(Due to spacing limitations tables are not permitted in the back of meeting room.)

### EQUIPMENT

*(Please Indicate Quantity)*

| | | | | | |
|---|---|---|---|---|---|
| Tabletop Microphone | 2 | Overhead Proj. | | T-1 Line (Internet Access Only) | |
| Lectern/Podium Microphone | | Screen | 1 | | |
| Lapel Microphone Wireless | | LCD Projector | 1 | | |
| Corded Microphone With Stand | | VCR* | | | |
| Cordless Microphone | | VCR Monitor* | | | |

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card.

*VCR'S are not viewable for groups over 30 people.

# 2003 MTMC TRAINING SYMPOSIUM

## SPECIALIZED MEETINGS REGISTRATION FORM

Organization GSA Federal Supply Service (Transportation Management Service Solutions System)

Point of Contact Ted Bembenek

Telephone 202-208-7629 Fax 202-501-6742

E-Mail Address ted.bembenek@gsa.gov

### MEETING ROOM DATES AND TIMES

Date 03/17/2003 Start Time 2:45p End Time 4:00p # Attendees 75

Date ______ Start Time ______ End Time ______ # Attendees ______

Date ______ Start Time ______ End Time ______ # Attendees ______

### MEETING ROOM SET-UP

**All rooms will be set in classroom style unless otherwise requested.*

### TABLES AND CHAIRS

*(Please Indicate Quantity)*

Front Tables 2 Chairs at Front Tables 4 Lectern/Podium: 1

(Due to spacing limitations tables are not permitted in the back of meeting room.)

### EQUIPMENT

*(Please Indicate Quantity)*

Tabletop Microphone 2
Lectern/Podium Microphone ______
Lapel Microphone Wireless ______
Corded Microphone With Stand ______
Cordless Microphone ______

Overhead Proj. ______
Screen 1
LCD Projector 1
VCR* ______
VCR Monitor* ______

T-1 Line ______
(Internet Access Only)

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card.

*VCR'S are not viewable for groups over 30 people.

# 2003 MTMC TRAINING SYMPOSIUM

## SPECIALIZED MEETINGS REGISTRATION FORM

Organization: GSA Office of Governmentwide Policy
Governmentwide Transportation Management Council meeting

Point of Contact: Ted Bembenek

Telephone: 202-208-7629 Fax: 202-501-6742

E-Mail Address: ted.bembenek@gsa.gov

## MEETING ROOM DATES AND TIMES

Date 03/17/2003 Start Time 4:15p End Time 5:30p. # Attendees ____

Date ____ Start Time ____ End Time ____ # Attendees ____

Date ____ Start Time ____ End Time ____ # Attendees ____

## MEETING ROOM SET-UP

**All rooms will be set in classroom style unless otherwise requested.*

## TABLES AND CHAIRS

*(Please Indicate Quantity)*

Front Tables 2 Chairs at Front Tables 4 Lectern/Podium: 1

(Due to spacing limitations tables are not permitted in the back of meeting room.)

## EQUIPMENT

*(Please Indicate Quantity)*

| | | | | | |
|---|---|---|---|---|---|
| Tabletop Microphone | 2 | Overhead Proj. | | T-1 Line (Internet Access Only) | |
| Lectern/Podium Microphone | | Screen | 1 | | |
| Lapel Microphone Wireless | | LCD Projector | 1 | | |
| Corded Microphone With Stand | | VCR* | | | |
| Cordless Microphone | | VCR Monitor* | | | |

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card.

*VCR'S are not viewable for groups over 30 people.

**FAX BY: JANUARY 6, 2003 TO 770-640-6800**

# 2003 MTMC TRAINING SYMPOSIUM
## SPECIALIZED MEETINGS REGISTRATION FORM

Organization HQ USAF/ILGT

Point of Contact Major Douglas H. Engberson

Telephone (703) 697-9560 Fax (703) 695-6799

E-Mail Address douglas.engberson@pentagon.af.mil

**MEETING ROOM DATES AND TIMES**

Date Sunday, 16 Mar Start Time 1900 End Time 2200 # Attendees Approx 6

Date Monday, 17 Mar Start Time 2000 End Time 2200 # Attendees Approx 10

**MEETING ROOM SET-UP**

**The Air Force will conform to the MTMC planned arrangement.*

**TABLES AND CHAIRS**

*(Please Indicate Quantity)*

Front Tables: N/A Chairs at Front Tables: N/A Lectern/Podium: No

**EQUIPMENT**

*(Please Indicate Quantity)*

| | | | | | |
|---|---|---|---|---|---|
| Tabletop Microphone | ______ | Overhead Proj. | ______ | T-1 Line | 1 |
| Lectern/Podium Microphone | ______ | Screen | ______ | (Internet Access Only) | |
| Lapel Microphone Wireless | ______ | LCD Projector | ______ | | |
| Corded Microphone With Stand | ______ | VCR* | ______ | | |
| Cordless Microphone | ______ | VCR Monitor* | ______ | | |

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card. * VCR'S are not viewable for groups over 30 people.

FAX BY: JANUARY 6, 2003 TO 770-640-6800

# 2003 MTMC TRAINING SYMPOSIUM
## SPECIALIZED MEETINGS REGISTRATION FORM

Organization HQ USAF/ILGT

Point of Contact Major Douglas H. Engberson

Telephone (703) 697-9560 Fax (703) 695-6799

E-Mail Address douglas.engberson@pentagon.af.mil

### MEETING ROOM DATES AND TIMES

Date Monday, 17 Mar Start Time 0800 End Time 1600 # Attendees Approx 300

Date Thursday, 20 Mar Start Time 0800 End Time *1700 # Attendees Approx 300

### MEETING ROOM SET-UP

**The Air Force will conform to the MTMC planned arrangement.*

### TABLES AND CHAIRS
*(Please Indicate Quantity)*

Front Tables: *YES Chairs at Front Tables: *YES Lectern/Podium: *YES

### EQUIPMENT
*(Please Indicate Quantity)*

| | | | | | |
|---|---|---|---|---|---|
| Tabletop Microphone | 4 | Overhead Proj. | | T-1 Line (Internet Access Only) | 1 |
| Lectern/Podium Microphone | 1 | Screen | 1 | | |
| Lapel Microphone Wireless | | LCD Projector | 1 | | |
| Corded Microphone With Stand | | VCR* | | | |
| Cordless Microphone | 4 | VCR Monitor* | | | |

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card. * VCR'S are not viewable for groups over 30 people.

FAX BY: JANUARY 6, 2003 TO 770-640-6800

# 2003 MTMC TRAINING SYMPOSIUM
## SPECIALIZED MEETINGS REGISTRATION FORM

Organization HQ Marine Corps

Point of Contact Kathy Estes/Maj Joe Paulson

Telephone (703) 695-7765 (DSN 225 Fax (703) 695-8160 (DSN 225)

E-Mail Address esteskm@hqmc.usmc.mil/paulsonjd@hqmc.usmc.mil

### MEETING ROOM DATES AND TIMES

Date 17 Mar 03 Start Time 0600 End Time 2000 # Attendees 75

Date 18 Mar 03 Start Time 0600 End Time 2000 # Attendees 75

Date 21 Mar 03 Start Time 0600 End Time 1600 # Attendees 75

### MEETING ROOM SET-UP

**All rooms will be set in classroom style unless otherwise requested.*

****Request the room be set up in a horseshoe shape with chairs all around (like previous years****

### TABLES AND CHAIRS
*(Please Indicate Quantity)*

Front Tables ______ Chairs at Front Tables 4 Lectern/Podium: 1

(Due to spacing limitations tables are not permitted in the back of meeting room.)

### EQUIPMENT
*(Please Indicate Quantity)*

| | | | | | |
|---|---|---|---|---|---|
| Tabletop Microphone | | Overhead Proj. | 1 | T-1 Line | 1 |
| Lectern/Podium Microphone | 1 | Screen | 1 | (Internet Access Only) | |
| Lapel Microphone Wireless | 1 | LCD Projector | 1 | | |
| Corded Microphone With Stand | | VCR* | 1 | | |
| Cordless Microphone | 3 | VCR Monitor* | 1 | | |

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their

## FAX BY: JANUARY 6, 2003 TO 770-640-6800

# 2003 MTMC TRAINING SYMPOSIUM

## SPECIALIZED MEETINGS REGISTRATION FORM

Organization
**Army National Guard**
______________________________________________

Point of Contact
**MAJ Alexander Carl Williams**______________________________________________

Telephone **703-607-7026**____________________ **Fax 703-607-8529**______________________

E-Mail Address
_carl.williams@ngb.army.mil__________________________________________

### MEETING ROOM DATES AND TIMES

Date 20 March 2003______________ Start Time 0800__________ End Time 1700__________ # Attendees_100__________

Date _20 MAR2003__ Start Time _0800____ End Time 1700______ # Attendees_100__________

Date ______________ Start Time __________ End Time __________ # Attendees__________

1 wireless HH

### MEETING ROOM SET-UP

*All rooms will be set in classroom style unless otherwise requested.

Overhead Screen

VCR & Monitor

### TABLES AND CHAIRS

*(Please Indicate Quantity)*

Front Tables ___1___ Chairs at Front Tables ___2___ Lectern/Podium: ______

(Due to spacing limitations tables are not permitted in the back of meeting room.)

Wireless lav

Podium Mic

### EQUIPMENT

*(Please Indicate Quantity)*

Tabletop Microphone____ Overhead Proj. yes____ T-1 Line____
Lectern/Podium Microphone____ Screen____ yes____ (Internet Access Only)

## FAX BY: JANUARY 6, 2003 TO 770-640-6800

# 2003 MTMC TRAINING SYMPOSIUM
## SPECIALIZED MEETINGS REGISTRATION FORM

Organization ____AIR NATIONAL GUARD ____________________

Point of Contact __MSGT STEPHEN BUTLER ____________________

Telephone ____(301) 836-8287______________ Fax (301) 836-7899 __________

E-Mail Address ____stephen.butler@ang.af.mil______________________

### MEETING ROOM DATES AND TIMES

Date ____2003/03/17__Start Time __0800___ End Time _1700_ # Attendees___100_______

Date _____ Start Time __ __ End Time __ # Attendees_______

Date ______________ Start Time __________ End Time __________ # Attendees__________

### MEETING ROOM SET-UP

**All rooms will be set in classroom style unless otherwise requested.*

### TABLES AND CHAIRS
*(Please Indicate Quantity)*

Front Tables ____1____ Chairs at Front Tables ___2_____ Lectern/Podium: 1
(Due to spacing limitations tables are not permitted in the back of meeting room.)

### EQUIPMENT
*(Please Indicate Quantity)*

| | | | | | |
|---|---|---|---|---|---|
| Tabletop Microphone | ______ | Overhead Proj. | ______ | T-1 Line (Internet Access Only) | ______ |
| Lectern/Podium Microphone | 1 | Screen | 1 | | |
| Lapel Microphone Wireless | ______ | LCD Projector | 1 | | |
| Corded Microphone With Stand | ______ | VCR* | ______ | | |
| Cordless Microphone | 2 | VCR Monitor* | ______ | | |

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card. * VCR'S are not viewable for groups over 30 people.

**FAX BY: JANUARY 6, 2003 TO 770-640-6800**

# 2003 MTMC TRAINING SYMPOSIUM
## SPECIALIZED MEETINGS REGISTRATION FORM

Organization ____AIR NATIONAL GUARD ________________

Point of Contact __MSGT STEPHEN BUTLER ________________

Telephone ____(301) 836-8287____________ Fax (301) 836-7899 ________

E-Mail Address ____stephen.butler@ang.af.mil________________

**MEETING ROOM DATES AND TIMES**

Date ____2003/03/16__Start Time __0800___ End Time _1700_ # Attendees___40______

Date _____ Start Time __ __ End Time __ # Attendees________

Date ____________ Start Time __________ End Time __________ # Attendees__________

**MEETING ROOM SET-UP**

**All rooms will be set in classroom style unless otherwise requested.*

**TABLES AND CHAIRS**
*(Please Indicate Quantity)*

Front Tables ____1____ Chairs at Front Tables ___2____ Lectern/Podium: 1
(Due to spacing limitations tables are not permitted in the back of meeting room.)

**EQUIPMENT**
*(Please Indicate Quantity)*

| | | | | | |
|---|---|---|---|---|---|
| Tabletop Microphone | ______ | Overhead Proj. | ______ | T-1 Line (Internet Access Only) | ____ |
| Lectern/Podium Microphone | __1____ | Screen | ______ | | |
| Lapel Microphone Wireless | ______ | LCD Projector | __1____ | | |
| Corded Microphone With Stand | ______ | VCR* | ______ | | |
| Cordless Microphone | __1____ | VCR Monitor* | ______ | | |

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card. * VCR'S are not viewable for groups over 30 people.

**FAX BY: JANUARY 6, 2003 TO 770-640-6800**

# 2003 MTMC TRAINING SYMPOSIUM
## SPECIALIZED MEETINGS REGISTRATION FORM

Organization ___US Army Corps of Engineers___

Point of Contact ___Belinda Taswell___
Telephone ___202-761-0936___ Fax ___202-761-1588___

E-Mail Address ___belinda.k.taswell@hq02.usace.army.mil___

### MEETING ROOM DATES AND TIMES

Date _17 March_ Start Time _08:30 am._ End Time _04:00 pm_ # Attendees _30_

Date ______ Start Time ______ End Time ______ # Attendees ______

Date ______ Start Time ______ End Time ______ # Attendees ______

### MEETING ROOM SET-UP

**All rooms will be set in classroom style unless otherwise requested.*

### TABLES AND CHAIRS
*(Please Indicate Quantity)*

Front Tables _1_ Chairs at Front Tables _2_ Lectern/Podium: _1_
(Due to spacing limitations tables are not permitted in the back of meeting room.)

### EQUIPMENT
*(Please Indicate Quantity)*

| | | | | | |
|---|---|---|---|---|---|
| Tabletop Microphone | 1 | Overhead Proj. | | T-1 Line | 1 |
| Lectern/Podium Microphone | 1 | Screen | 1 | (Internet Access Only) | |
| Lapel Microphone Wireless | | LCD Projector | 1 | | |
| Corded Microphone With Stand | | VCR* | | | |
| Cordless Microphone | | VCR Monitor* | | | |

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card. * VCR'S are not viewable for groups over 30 people.

US Army Corps of Engineers ®

HQ US Army Corps of Engineers
Office of the Chief of Staff for Logistics
441 G Street NW
ATTN: CELO-T (3W25)
Washington, D.C. 20314

Email: belinda.k.taswell@hq02.usace.army.mil

Belinda K. Taswell
Transportation Specialist

(202) 761-0936 (Voice)
(202) 761-1588 (Fax)
(202) 445-1193 (Cellular)

| | | | |
|---|---|---|---|
| **To:** | Elizabeth Porter | **From:** | Belinda K. Taswell |
| **Fax:** | 770-640-6800 | **Date:** | 02 Jan 03 |
| **Phone:** | | **Pages:** | 2 |
| **Re:** | Specialized Meetings Registration Form | **CC:** | |

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** **Please Reply** ☐ **Please Recycle**

**As requested.**

*Belinda*

# 2003 MTMC TRAINING SYMPOSIUM

## TACK-ON REGISTRATION FORM

Organization: U.S. Coast Guard - General Freight Program

Point of Contact: Jim Christ

Telephone: (202) 267-0640 Fax: (202) 267-4516

E-Mail Address: jchrist@comdt.uscg.mil

## MEETING ROOM DATES AND TIMES

Date 3-10-03 Start Time 0800 (8 a.m.) End Time 1700 (5 p.m) # Attendees 50

Date ______ Start Time ______ End Time ______ # Attendees ______

Date ______ Start Time ______ End Time ______ # Attendees ______

## MEETING ROOM SET-UP

**All rooms will be set in classroom style unless otherwise requested.*

## TABLES AND CHAIRS

*(Please Indicate Quantity)*

Front Tables 2 Chairs at Front Tables 4 Lectern/Podium: ✓

(Due to spacing limitations tables are not permitted in the back of meeting room.)

## EQUIPMENT

*(Please Indicate Quantity)*

| | | | | | |
|---|---|---|---|---|---|
| Tabletop Microphone | 1 | Overhead Proj. | 1 | T-1 Line (Internet Access Only) | |
| Lectern/Podium Microphone | 1 | Screen | 1 | | |
| Lapel Microphone Wireless | 1 | LCD Projector | 1 | | |
| Corded Microphone With Stand | | VCR* | ~~1~~ - NONE | | |
| Cordless Microphone | 1 | VCR Monitor* | ~~1~~ NONE | | |

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card.

*VCR'S are not viewable for groups over 30 people.

# 2003 MTMC TRAINING SYMPOSIUM

## TACK-ON REGISTRATION FORM

Organization U.S. Coast Guard HHG

Point of Contact Mr. Les Weisbeck

Telephone 202-267-2247 Fax 202-267-4823

E-Mail Address lweisbeck@comdt.uscg.mil

### MEETING ROOM DATES AND TIMES

Date 3/17/03 Start Time 0800 End Time 1700 # Attendees 30

Date ______ Start Time ______ End Time ______ # Attendees ______

Date ______ Start Time ______ End Time ______ # Attendees ______

### MEETING ROOM SET-UP

**All rooms will be set in classroom style unless otherwise requested.*

### TABLES AND CHAIRS

*(Please Indicate Quantity)*

Front Tables 2 Chairs at Front Tables 4 Lectern/Podium: 1

(Due to spacing limitations tables are not permitted in the back of meeting room.)

### EQUIPMENT

*(Please Indicate Quantity)*

Tabletop Microphone ______
Lectern/Podium Microphone ______
Lapel Microphone Wireless ______
Corded Microphone With Stand ______
Cordless Microphone ______

Overhead Proj. ______
Screen ______
LCD Projector ______
VCR* ______
VCR Monitor* ______

T-1 Line ______
(Internet Access Only)

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card.

*VCR'S are not viewable for groups over 30 people.

Victory is the beautiful bright colored flower {Logistics} is the Stem without which it could never have blossomed

Winston Churchill

(202) 267- 0640

**FROM:** Jim Christ

**TO:** EP Productions

**FAX #:** (770) 640-6800

Cover Sheet + page(s) 2

**Remarks:** Registeration 2003 MTMC SYMPOSIUM: FOR U.S. Coast Guard Tack-on Meeting, March 20, 2003, Adam's Mark Denver.

Commandant (G-SL)
U.S. Coast Guard
2100 Second Street, SW
Washington, DC 20593-0001
FAX: (202) 267-4516

# 2003 MTMC TRAINING SYMPOSIUM

## TACK-ON REGISTRATION FORM

Organization U.S. Coast Guard - General Freight Program

Point of Contact Jim Christ

Telephone (202) 267-0640 Fax (202) 267-4516

E-Mail Address jchrist@comdt.uscg.mil

### MEETING ROOM DATES AND TIMES

| Date | Start Time | End Time | # Attendees |
|---|---|---|---|
| 3-20-03 | 0800 (8 a.m.) | 1700 (5 p.m) | 50 |
| | | | |
| | | | |

### MEETING ROOM SET-UP

**All rooms will be set in classroom style unless otherwise requested.*

### TABLES AND CHAIRS

*(Please Indicate Quantity)*

Front Tables 2 Chairs at Front Tables 4 Lectern/Podium: ✓

(Due to spacing limitations tables are not permitted in the back of meeting room.)

### EQUIPMENT

*(Please Indicate Quantity)*

| | | | | | |
|---|---|---|---|---|---|
| Tabletop Microphone | 1 | Overhead Proj. | 1 | T-1 Line (Internet Access Only) | |
| Lectern/Podium Microphone | 1 | Screen | 1 | | |
| Lapel Microphone Wireless | 1 | LCD Projector | 1 | | |
| Corded Microphone With Stand | | VCR* | ~~1~~ -NONE | | |
| Cordless Microphone | 1 | VCR Monitor* | ~~1~~ NONE | | |

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card.

*VCR'S are not viewable for groups over 30 people.

# NAVAL TRANSPORTATION SUPPORT CENTER

TO: Ms. Elizabeth Porter, EP Productions

FROM:

NAVSUP NAVAL SUPPLY SYSTEMS COMMAND
NAVAL TRANSPORTATION SUPPORT CENTER

**Josephine "Jo" Policastro**
*Traffic Management Specialist*

*Code 02A*
*1837 Morris Street*
*Norfolk, VA 23511-3492*

*Phone: 757-443-5401*
*DSN: 646-5401*
*FAX: 757-443-5411*

*email: Josephine_Policastro@navtrans.navy.mil*

Elizabeth,

Please find attached (3) Tack-On Registration Forms for Freight, Passenger, & Hands-On Systems Workshops for Navy.

R./Jo

# of pages 4 (includes this sheet)

# 2003 MTMC TRAINING SYMPOSIUM

## TACK-ON REGISTRATION FORM

NAVTRANS
Organization Material Transportation (Navy)

Point of Contact Jo Policastro

Telephone (757) 443-5401 dsn646 Fax (757) 443-5411

E-Mail Address ____________

## MEETING ROOM DATES AND TIMES

Date 20 Mar 02 Start Time 0800 End Time 1715 # Attendees 200

Date ______ Start Time ______ End Time ______ # Attendees ______

Date ______ Start Time ______ End Time ______ # Attendees ______

## MEETING ROOM SET-UP

**All rooms will be set in classroom style unless otherwise requested.*

## TABLES AND CHAIRS

*(Please Indicate Quantity)*

Front Tables 1 Chairs at Front Tables 4 Lectern/Podium: 1

(Due to spacing limitations tables are not permitted in the back of meeting room.)

## EQUIPMENT

*(Please Indicate Quantity)*

| | | | | | |
|---|---|---|---|---|---|
| Tabletop Microphone | 1 | Overhead Proj. | N/A | T-1 Line (Internet Access Only) | N/A |
| Lectern/Podium Microphone | 1 | Screen | 1 | | |
| Lapel Microphone Wireless | 1 | LCD Projector | 1 | | |
| Corded Microphone With Stand | N/A | VCR* | N/A | | |
| Cordless Microphone | 1 | VCR Monitor* | N/A | | |

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card.

*VCR'S are not viewable for groups over 30 people.

# 2003 MTMC TRAINING SYMPOSIUM

## TACK-ON REGISTRATION FORM

Organization NAVTRANS HANDS-ON SYSTEMS WORSHOPS (NAVY)

Point of Contact Jo Policastro

Telephone (757) 443-5401 dsn646 Fax (757) 443-5411

E-Mail Address

### MEETING ROOM DATES AND TIMES

Date 20 Mar 02 Start Time 0800 End Time 1715 # Attendees Total of 24 for all 3 Rooms

Date ______ Start Time ______ End Time ______ # Attendees ______

Date ______ Start Time ______ End Time ______ # Attendees ______

### MEETING ROOM SET-UP

~~*All rooms will be set in classroom style unless otherwise requested.~~

Three Computer Lab rooms w/ access to T1 line for Internet access for four laptop computers (Navy will supply laptops) in each room to be hooked-up and at least eight chairs in each room.

### TABLES AND CHAIRS

*(Please Indicate Quantity)*

Each Room Needs:

~~Front~~ Tables 4 Chairs at ~~Front~~ each Table~~s~~ 2 Lectern/Podium: N/A

(Due to spacing limitations tables are not permitted in the back of meeting room.)

### EQUIPMENT

*(Please Indicate Quantity)*

| | | | | |
|---|---|---|---|---|
| Tabletop Microphone | N/A | Overhead Proj. | N/A | Each room needs T-1 Line for 4 computers (Internet Access Only) (laptops supplied by Navy) |
| Lectern/Podium Microphone | N/A | Screen | N/A | |
| Lapel Microphone Wireless | N/A | LCD Projector | N/A | |
| Corded Microphone With Stand | N/A | VCR* | N/A | |
| Cordless Microphone | N/A | VCR Monitor* | N/A | |

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card.

*VCR'S are not viewable for groups over 30 people.

# 2003 MTMC TRAINING SYMPOSIUM

## TACK-ON REGISTRATION FORM

Organization PAX TRANSPORTATION (NAVY)

Point of Contact VINCE AQUILINO

Telephone (757) 721 4431 Fax (757) 721 5411

E-Mail Address VINCE_AQUILINO@NAVTRANS.NAVY.MIL

## MEETING ROOM DATES AND TIMES

Date 20 MARCH 02 Start Time 0800 End Time 1630 # Attendees 40

Date ______ Start Time ______ End Time ______ # Attendees ______

Date ______ Start Time ______ End Time ______ # Attendees ______

## MEETING ROOM SET-UP

**All rooms will be set in classroom style unless otherwise requested.*

## TABLES AND CHAIRS

*(Please Indicate Quantity)*

Front Tables 1 Chairs at Front Tables 4 Lectern/Podium: 1

(Due to spacing limitations tables are not permitted in the back of meeting room.)

## EQUIPMENT

*(Please Indicate Quantity)*

| | | | | | |
|---|---|---|---|---|---|
| Tabletop Microphone | 2 | Overhead Proj. | | T-1 Line (Internet Access Only) | X |
| Lectern/Podium Microphone | 1 | Screen | X | | |
| Lapel Microphone Wireless | | LCD Projector | X | | |
| Corded Microphone With Stand | | VCR* | | | |
| Cordless Microphone | | VCR Monitor* | | | |

PLEASE NOTE: The moderator, or his/her representative, is responsible for providing their own laptop and for operating their laptop computer during the tack-on session(s). Further, each laptop utilizing T-1 access during tack-on meetings must be equipped with a ethernet or network card.

*VCR'S are not viewable for groups over 30 people.