FRICKS, COOPER & RANCK, LLC
ATTORNEYS AT LAW

ROBERT ABNEY FRICKS
BRIDGETTE COOPER
BRIAN C. RANCK

E-MAIL:
FIRM@FRICKSFIRM.COM
WWW.FRICKSFIRM.COM

MAIN OFFICE
1922 FORSYTH STREET, SUITE 200
POST OFFICE BOX 4086
MACON, GEORGIA 31208-4086
TELEPHONE (478) 743-6300
FACSIMILE (478) 743-6310

HOUSTON COUNTY
393 MARGIE DRIVE, SUITE A
WARNER ROBINS, GEORGIA
31088
TELEPHONE (478) 953-2312
FACSIMILE (478) 953-2313

December 3, 2003

Mrs. Jackie Robinson-Burnette
MTMC Acquisition – 12S45
Hoffman Building II
200 Stovall Street
Alexandria, VA 22332-5000

RE: Termination for Convenience Settlement
Proposal – Part Two
EP Productions, Inc.

Dear Jackie:

I hope you had a nice Thanksgiving and enjoyed a few days off as well. As promised, attached you will find submission of documents for Part Two for a partial claim for the Termination for Convenience issued by the Military Traffic Management Command to my client EP Productions, Inc. on February 13, 2003.

Per your instructions, we have included a brief narrative for the CLIN's in which we are claiming reimbursement. As discussed, with this submission of Part Two, we have submitted claims for a minimum of approximately 60% of the claim or $334,643.55 in reimbursement requests. I ask that prior to our submission of the final part (Part Three), that you notify us of any difficulties or discrepancies you have with Part One and/or Part Two. That way any problems or challenges can be cleared up before the final submission portion is received. I will wait to hear back from you as to the status of Part One and Part Two and their "acceptance" before we submit Part Three. We will submit Part Three within 14 calendar days after receiving your "acceptance".

It has been difficult to adhere to this Termination for Convenience time table given the extreme medical problems Ms. Porter has faced with her pregnancy, however we made a commitment to you and I want to make sure you are aware we have gone to great lengths to ensure this submission arrived by the December 5, 2003 deadline. EP Productions is committed to bringing the Termination for Convenience to closure. I look forward to hearing from you soon at rob@fricksfirm.com with a copy to my client, EP Productions, Inc. at elizabeth@epproductions.com

We look forward to resolving this matter quickly.

PLAINTIFF'S EXHIBIT "D"

# TAB ONE – EQUIPMENT COSTS

As listed within contract DAMT01-02-T-0033, EP Productions, Inc. is claiming reimbursement for . . .

| CLIN # | TOTAL CLIN AMT | % of CLIN CLAIMED | CLAIM AMOUNT |
|---|---|---|---|
| CLIN 0017 | $ 19,500.00 | 75% | $ 14,625.00 |
| CLIN 0021 | $ 3,000.00 | 75% | $ 2,250.00 |
| CLIN 0022 | $ 945.00 | 75% | $ 708.75 |
| CLIN 0024 | $ 6,000.00 | 75% | $ 4,500.00 |
| CLIN 0026 | $ 6,500.00 | 75% | $ 4,875.00 |
| CLIN 0032 | $ 27,000.00 | 75% | $ 20,250.00 |
| CLIN 0035 | $ 400.00 | 75% | $ 300.00 |
| CLIN 0038 | $ 1,500.00 | 75% | $ 1,125.00 |
| CLIN 0039 | $ 4,800.00 | 75% | $ 3,600.00 |
| CLIN 0040 | $ 10,500.00 | 75% | $ 7,875.00 |
| CLIN 0041 | $ 11,985.00 | 75% | $ 8,988.75 |
| CLIN 0047 | $ 3,500.00 | 75% | $ 2,625.00 |
| CLIN 0051 | $ 9,400.00 | 75% | $ 7,050.00 |
| CLIN 0052 | $ 41,995.00 | 75% | $ 31,496.25 |
| CLIN 0057 | $ 1,000.00 | 75% | $ 750.00 |
| CLIN 0059 | $ 1,500.00 | 75% | $ 1,125.00 |
| CLIN 0066 | $ 1,975.00 | 75% | $ 1,481.25 |
| CLIN 0077 | $ 1,200.00 | 75% | $ 900.00 |
| CLIN 0078 | $ 1,200.00 | 75% | $ 900.00 |
| CLIN 0081 | $ 6,995.00 | 75% | $ 5,246.25 |
| CLIN 0018 | $ 360.00 | 50% | $ 180.00 |
| CLIN 0019 | $ 560.00 | 50% | $ 280.00 |
| CLIN 0020 | $ 715.00 | 50% | $ 357.50 |
| CLIN 0023 | $ 900.00 | 50% | $ 450.00 |
| CLIN 0025 | $ 500.00 | 50% | $ 250.00 |
| CLIN 0027 | $ 800.00 | 50% | $ 400.00 |
| CLIN 0028 | $ 200.00 | 50% | $ 100.00 |
| CLIN 0029 | $ 2,000.00 | 50% | $ 1,000.00 |
| CLIN 0030 | $ 6,875.00 | 50% | $ 3,437.50 |
| CLIN 0031 | $ 13,500.00 | 50% | $ 6,750.00 |
| CLIN 0033 | $ 2,400.00 | 50% | $ 1,200.00 |
| CLIN 0034 | $ 400.00 | 50% | $ 200.00 |
| CLIN 0036 | $ 300.00 | 50% | $ 150.00 |
| CLIN 0037 | $ 75.00 | 50% | $ 37.50 |
| CLIN 0042 | $ 150.00 | 50% | $ 75.00 |
| CLIN 0043 | $ 500.00 | 50% | $ 250.00 |
| CLIN 0044 | $ 5,175.00 | 50% | $ 2,587.50 |

| | | | |
|---|---|---|---|
| CLIN 0045 | $ 1,750.00 | 50% | $ 875.00 |
| CLIN 0046 | $ 2,500.00 | 50% | $ 1,250.00 |
| CLIN 0049 | $ 250.00 | 50% | $ 125.00 |
| CLIN 0050 | $ 250.00 | 50% | $ 125.00 |
| CLIN 0053 | $ 50.00 | 50% | $ 25.00 |
| CLIN 0054 | $ 120.00 | 50% | $ 60.00 |
| CLIN 0055 | $ 40.00 | 50% | $ 20.00 |
| CLIN 0058 | $ 300.00 | 50% | $ 150.00 |
| CLIN 0060 | $ 320.00 | 50% | $ 160.00 |
| CLIN 0061 | $ 80.00 | 50% | $ 40.00 |
| CLIN 0062 | $ 400.00 | 50% | $ 200.00 |
| CLIN 0063 | $ 400.00 | 50% | $ 200.00 |
| CLIN 0064 | $ 750.00 | 50% | $ 375.00 |
| CLIN 0065 | $ 80.00 | 50% | $ 40.00 |
| CLIN 0068 | $ 875.00 | 50% | $ 437.50 |
| CLIN 0075 | $ 950.00 | 50% | $ 475.00 |
| CLIN 0076 | $ 4,500.00 | 50% | $ 2,250.00 |
| CLIN 0079 | $ 240.00 | 50% | $ 120.00 |
| CLIN 0083 | $ 200.00 | 50% | $ 100.00 |
| CLIN 0084 | $ 1,850.00 | 50% | $ 925.00 |
| CLIN 0097 | $ 9,190.00 | 50% | $ 4,595.00 |

TOTAL CLAIM
EQUIPMENT COSTS **$150,923.75**

## Narrative

Background: EP Productions, Inc. negotiated with Red-E Productions, Inc. of Jacksonville, Florida in December 2001 to provide all equipment needed for the 2003 and 2004 MTMC Training Symposiums at the Adam's Mark Hotel in Denver, Colorado. The negotiation was contingent on EP Productions receiving the final award in March 2002. Red-E Productions provided EP Productions with a superior fixed pricing schedule due to the fact the project was a two-year package.

The Contractual Requirements - Equipment: Set-up at the Adam's Mark of the equipment for the 2003 Symposium was to be on Friday, March 14, 2003. Therefore, therefore, the trucks planned to head from Jacksonville on Monday, March 10, 2003 for a Wednesday, March 12, 2003 Denver arrival. One extra day was built in for contingency issues such as weather, truck breakdowns, traffic, road closures, etc . . . . Obviously, the trucks never left Jacksonville, but that did not relieve EP Productions from the obligation to pay Red-E Productions.

First, as to the Red-E Productions payment policy, for any large production (e.g., exceeding $100,000.00), a 25% deposit is required upon booking due primarily, to the vast amount of advance planning and time required on any such large-scale event. The MTMC Training Symposium was confirmed in March 2002 by EP Productions. However, Red-E Productions waived the mandatory 25% deposit due to their past history with EP Productions, Inc. instead, placing the 25% deposit due 90 days prior departure for the Symposium. Red-E required an additional 25% 90 days from DOD (Date of Departure) [50% was due for EP Productions since we did not remit payment in March 2002]. As to the balance, 25% was due 60 days from DOD and 25% due 30 days from DOD. All equipment ordered on-site (e.g., at the Symposium) was billed and due net 30. All payments were non-refundable.

Structure of the Contract: Due to the structure of the 2003-2004 Symposium Contract, EP Productions asked Red-E Productions to provide pricing for the CLIN line pricing that was inclusive. In other words, each CLIN line was to include all fees and charges. This included all coordination, ordering of equipment, advanced telephone technical support to MTMC services, FOB Moderators, Specialized Meeting Moderators, Government Exhibitors and Admin staff (approximately 60 individuals and/or departments), pre-work, building of sets, travel costs, staff costs, site visits to Denver (2 were conducted by the technical staff and 3 were conducted by the Internet staff), inventory orders, control order sheets, schedule lay-outs, equipment distribution diagrams, sub-contractor orders, State sales tax, technical time, consultation time with hotel staff, hiring of show electrician, securing 18 wheeler truck to transport equipment, securing dock time, etc.

Invoiced Items: As of December 1, 2002, the total invoice for equipment ordered was $212,210.00, leaving a balance due of $106,105.00 as of December 10, 2002. (90 days from DOD)

The next payment due to Red-E Productions was on January 10, 2003 for 25% of the balance in the amount of $53,052.50. In early January 2003, EP Productions learned from the COR that the Navy and GSA were indeed participating in the 2003 Symposium and additional equipment was needed to be secured. EP Productions was contacted by the MTMC Contracting Officer to make us aware of this upcoming order of additional equipment. Before a modification could be executed, the COR had to secure the specific quantity of equipment required by the two new installations. With several hundred new attendees and 20-30 new meetings being added to the schedule, it took much longer than anticipated for the final list to be compiled. However, EP Productions immediately made Red-E Productions aware of this upcoming pending equipment order as well as the additional staff that would be needed.

In late January 2003, EP Productions received the final equipment list, MTMC funding was secured and a modification was issued. This increased the Red-E order by $9,190.00 making the balance due as of February 10, 2003 the sum of $62,242.50 -- 30 days from DOD (Date of Departure) of the truck and staff. EP Productions never made this payment to Red-E Productions.

T4C: On February 12, 2003, EP Productions was notified to stop all work via a telephone call from the MTMC Contracting Officer and was told a Termination for Convenience would soon be issued. The Termination for Convenience was issued 24 hours later on February 13, 2003.

EP Productions immediately notified Red-E Productions of the pending Termination for Convenience on February 12, 2003. All work was immediately stopped between EP Productions and Red-E Productions, however, the equipment had all been ordered, secured, reserved and a large portion of it had already been inventoried, scanned and containorized for shipment just a short 25 days later.

Negotiations: EP Productions had several conversations with the Red-E Productions management to try and come to a settlement regarding the 2003 Symposium equipment. Red-E Productions normally has a "no cancellation" policy for large productions less than 30 days out from DOD. This is due to the fact that 90% of the work is performed prior to DOD and the equipment has already been paid for to subcontractors and vendors. Red-E pays all of their sub-contractors 100% if a show is cancelled less than 31 days out from DOD.

Agreement As To Charges: After many conversations, discussions and meetings and in an effort to come to a resolution, Red-E Productions agreed to immediately subtract 25% from the total invoice due from EP Productions. Further, Red-E divided the equipment and services they were providing into two categories. One category was for items in which they had to utilize sub-contractors and/or "sub" the equipment and the other category was for equipment items they normally carry and have "in-house". For the latter category, we negotiated an additional 25% off the final invoice due. In total, approximately $75,000 was negotiated off or waived from the final amount due to Red-E Productions. This waived amount is contingent on the fact that the 2004 Symposium takes place in Denver and that Red-E Productions provides the equipment and services as within our agreement. In the event of a full cancellation for any reason by EP Productions for the 2004 show, then all portions of the waived or reduced fees are null and void and these fees are immediately due to Red-E Productions by EP Productions.

Summary: We understand the feeling that "we didn't have a Symposium, why are we paying for equipment?" Yet, we all know that the show was cancelled a mere 25 days from DOD. The show had been on the books for almost a year at the time it was cancelled and a staff of three Red-E employees and two Internet technicians had worked full time on the show for months prior to its cancellation. Despite what most may think, the on-site execution is simple compared to the planning and efforts involved prior to the show.

| | | | |
|---|---|---|---|
| The final analysis: | Charges | = | $150,923.75 less |
| | Credits | = | $159,157.50 |

REFUND/CREDIT FROM RED-E PRODUCTIONS = $ 8,233.75

**TOTAL CLAIM AMOUNT = $ 150,923.75**