# THE FRICKS FIRM, P.C.

ATTORNEYS AT LAW

ROBERT ABNEY FRICKS
...IAN C. RANCK

MAIN OFFICE
1922 FORSYTH STREET, SUITE 200
POST OFFICE BOX 4086
MACON, GEORGIA 31208-4086
TELEPHONE (478) 743-6300
FACSIMILE (478) 743-6310

HOUSTON COUNTY
393 MARGIE DRIVE, SUITE A
WARNER ROBINS, GEORGIA 31088
TELEPHONE (478) 953-2312
FACSIMILE (478) 953-2313


January 8, 2004

Mrs. Jackie Robinson-Burnette
SDDC Acquisition – 12S45
Hoffman Building II
200 Stovall Street
Alexandria, VA 22332-5000

RE: Termination for Convenience Settlement
Proposal – Part Three from EP Productions, Inc.

Dear Jackie:

I hope you had a nice holiday and assume you are now busy with the new name change and the upcoming Symposium contract.

As promised, attached please find Part Three of EP Productions, Inc.'s submission for a partial claim for the Termination for Convenience issued by the Military Traffic Management Command to my client on February 13, 2003. This submission represents the final portion as it relates to contracted expenses and is submitted in accordance with your instructions and consistent with the prior submissions.

I would appreciate your review of the three sections as a whole such that we might have a conference call on February 2 or 3, 2004 to discuss any issues that might arise. Once we know additional work from EP Productions and my office is no longer required, a final invoice for consultant fees and preparation will be submitted.

Further, as discussed, Ms. Porter has not submitted any invoices for payment until after Part Three was submitted. With this submission, I have instructed her to now forward allotted invoices from October-December 2003. I would appreciate your help in getting these swiftly processed.

Finally, I want to thank you for working around Ms. Porter's difficult pregnancy and bed rest period. It was a tough time for her and we sincerely appreciate the scheduling accommodations made by you. EP Productions has always been committed to bringing the Termination for Convenience to closure. I hope that our adherence to that schedule only furthers that conviction. I look forward to hearing from you regarding the conference call at 478-743-6300 or at rob@fricksfirm.com. With highest personal regards, I remain

Yours sincerely,

Robert Abney Fricks

PLAINTIFF'S EXHIBIT

# TAB ONE – NAME BADGES

As listed within contract DAMT01-02-T-0033, EP Productions, Inc. is claiming reimbursement for . . .

| CLIN # | TOTAL CLIN AMT | % of CLIN CLAIMED | CLAIM AMOUNT |
|---|---|---|---|
| CLIN 0070 | $6,721.00 | APPROX. 86% | $5,821.00 |
| | | TOTAL CLAIM NAME BADGES | **$5,821.00** |

**Narrative:**

EP Productions, Inc. produced in October 2002 the actual 4 color inserts for 1800 badges. The name badges are date sensitive, logo sensitive and display the MTMC name.

EP Productions was able to salvage use of the plastic badge holders for the 2004 Symposium. Each badge holder costs .50; therefore, we have subtracted $900.00 from the total cost for this CLIN for the name badge holders.

# TAB TWO – PHOTOGRAPHER

As listed within contract DAMT01-02-T-0033, EP Productions, Inc. is claiming reimbursement for . . .

| CLIN # | TOTAL CLIN AMT | % of CLIN CLAIMED | CLAIM AMOUNT |
|---|---|---|---|
| CLIN 0073 | $3,800.00 | APPROX 26% | $1,000.00 |
| | | TOTAL CLAIM PHOTOGRAPHER | **$1,000.00** |

**Narrative:**

EP Productions, Inc. placed a deposit for the exclusive use of photographer time for 17 hours during the 2003 Symposium. This deposit was not refunded at the time of cancellation.

# TAB THREE – MOTIVATIONAL SPEAKER

As listed within contract DAMT01-02-T-0033, EP Productions, Inc. is claiming reimbursement for . . .

| CLIN # | TOTAL CLIN AMT | % of CLIN CLAIMED | CLAIM AMOUNT |
|---|---|---|---|
| CLIN 0069 | $20,000.00 | APPROX 37% | $7,500.00 |
| | | TOTAL CLAIM SPEAKER | **$7,500.00** |

**Narrative:**

EP Productions, Inc. contracted for Mr. Keith Harrell to speak at the 2003 MTMC Training Symposium. A deposit in the amount of $7,500.00 was required at the time the contract was signed in November 2002 to secure a date for Mr. Harrell. This deposit was not refunded to EP Productions after cancellation.

# TAB FOUR – ROSTERS

As listed within contract DAMT01-02-T-0033, EP Productions, Inc. is claiming reimbursement for . . .

| CLIN # | TOTAL CLIN AMT | % of CLIN CLAIMED | CLAIM AMOUNT |
|---|---|---|---|
| CLIN 0080 | $6,625.00 | 100% | $6,625.00 |
| | | TOTAL CLAIM ROSTERS | **$6,625.00** |

**Narrative:**

EP Productions, Inc. began work on the rosters in the Summer of 2002 as a part of the development process for the registration databases.

As a result, the EP Productions system automatically generated registrations into the required MTMC roster format at the time an attendee registers on-line. The close out date for the rosters was February 14, 2003. The Termination for Convenience was issued on February 12, 2003.

# TAB FIVE – ROOM MONITORS

As listed within contract DAMT01-02-T-0033, EP Productions, Inc. is claiming reimbursement for . . .

| CLIN # | TOTAL CLIN AMT | % of CLIN CLAIMED | CLAIM AMOUNT |
|---|---|---|---|
| CLIN 0094 | $24,500.00 | 50% | $12,250.00 |

| | |
|---|---|
| TOTAL CLAIM ROOM MONITORS | **$12,250.00** |

**Narrative:**

EP Productions was able to cancel the Room Monitors but had to incur the cost for expenses and cancellation fees due to the short notification.

# TAB SIX – MEETING MATERIALS

As listed within contract DAMT01-02-T-0033, EP Productions, Inc. is claiming reimbursement for . . .

| CLIN # | TOTAL CLIN AMT | % of CLIN CLAIMED | CLAIM AMOUNT |
|---|---|---|---|
| CLIN 1095 | $69,050.00 | APPROX. 57% | $39,358.50 |
| | | TOTAL CLAIM MEETING MATERIALS | **$39,358.50** |

**Narrative:**

EP Productions had a very large portion of the meeting materials complete at the time the Termination for Convenience was issued on February 12, 2003. All materials were slated to be shipped February 21, 2003.

Over 150 signs were designed, developed and printed for use at the Symposium. The signs cannot be used for 2004 due to the fact they are date sensitive, logo sensitive and bear the MTMC name.

The banquet program was designed and developed and ready for print. We are unable to use this design for 2004 due to the fact it is date sensitive and bears the MTMC name.

The book was designed and developed with over 90% of the sections printed. We are unable to reuse this material as over 99% of the content differs for 2004.

# TAB SEVEN – CANCELLATION

As listed within contract DAMT01-02-T-0033, EP Productions, Inc. is claiming reimbursement for . . .

| CLIN # | TOTAL CLIN AMT | % of CLIN CLAIMED | CLAIM AMOUNT |
| --- | --- | --- | --- |
| MOD 10 | ----- | ----- | $7,500.00 |

TOTAL CLAIM CANCELLATION **$7,500.00**

**Narrative:**

As directed by Modification 10, EP Productions conducted the following tasks:

1. Developed email to send to all registered attendees
2. Dispatched 1,200 email notifications
3. Developed 1,200 cancellation numbers for hotel
4. Developed 1,200 cancellation number for Symposium
5. Contacted by telephone those we could not reach by email
6. Developed announcement for Symposium web page
7. Removed all links on the Symposium web page including the registration links
8. Developed an auto-reply for the Symposium email system.

This claim represents the above listed items, however does not cover additional administrative tasks related to the cancellation.