IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EP PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-425C |
| v. | ) | (Judge C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including July 15, 2005, to file a response to the complaint in the above-captioned matter. Our response is currently due on May 31, 2005. This is our first request for an enlargement of time for this purpose. Although counsel for defendant attempted to contact plaintiff’s counsel by telephone on May 24, 2005, plaintiff’s counsel has to date been unable to contact counsel for defendant to state plaintiff's position upon this motion.

The requested enlargement of time is necessary because defendant's counsel has not yet received a litigation report from the agency. See 28 U.S.C. § 520. An enlargement of 45 days will allow agency counsel additional time to assemble and evaluate relevant records obtained from the contracting officer and allow defendant's counsel time to review the case, coordinate our response with agency counsel, and obtain necessary internal review.

For the foregoing reasons, we respectfully request that the Court grant our motion to enlarge the time within which we may respond to the plaintiff's complaint by 45 days, to and including July 15, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ HAROLD D. LESTER, JR.
HAROLD D. LESTER, JR.
Assistant Director

S/ KELLY B. BLANK
KELLY B. BLANK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel: (202) 353-7961
Fax: (202) 353-7988

May 25, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 25, 2005, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ KELLY B. BLANK