IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EP PRODUCTIONS, INC., Plaintiff, | ) | |
| v. | ) | No. 05-425C (Judge C. Miller) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including August 29, 2005, to file a response to the complaint in the above-captioned matter. Our response is currently due on July 15, 2005. This is our second request for an enlargement of time for this purpose. Although counsel for defendant attempted to contact plaintiff’s counsel by telephone on July 14, 2005, plaintiff’s counsel has to date been unable to contact counsel for defendant to state plaintiff's position upon this motion.

The requested enlargement of time is necessary because defendant's counsel was informed recently by the United States Army’s Criminal Investigation Division (“CID”) that its continuing investigation of plaintiff, EP Productions, Inc., for alleged false claims made in relation to the contract at issue and alleged violations of the Procurement Integrity Act, has revealed evidence that could lead to the filing of a Government counterclaim in this action. The complaint seeks damages for

claims which are currently under investigation by the CID. An enlargement of 45 days will allow CID to continue its investigation, enable us to review information about the investigation, and determine whether to file a counterclaim with our response to the complaint.

For the foregoing reasons, we respectfully request that the Court grant our motion to enlarge the time within which we may respond to the plaintiff's complaint by 45 days, to and including August 29, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ HAROLD D. LESTER, JR.
HAROLD D. LESTER, JR.
Assistant Director

S/ KELLY B. BLANK
KELLY B. BLANK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel: (202) 353-7961
Fax: (202) 353-7988

July 15, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 15, 2005, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ KELLY B. BLANK