* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **EP PRODUCTIONS, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-425C |
| **THE UNITED STATES,** | * | (Filed Aug. 3, 2005) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

1. Defendant's motion filed on July 29, 2005, for an enlargement of time is granted in part due to plaintiff's objection filed on August 1, 2005. Defendant shall respond to the complaint by August 19, 2005. No further extensions.

2. Plaintiff's request to commence discovery is denied without prejudice at this time.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge