# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **EP PRODUCTIONS, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-425C |
| **THE UNITED STATES,** | * | (Filed Nov. 7, 2005) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

______Further to the parties' Joint Preliminary Status Report filed on November 3, 2005,

**IT IS ORDERED**, as follows:

1. All written and documentary discovery shall be completed by March 3, 2006.

2. All depositions shall be completed by June 5, 2006.

3. In the event expert testimony is necessary, initial expert discovery shall be completed by August 4, 2006, with expert rebuttal discovery completed by October 2, 2006.

4. A telephonic status conference shall be held at 2:00 p.m. on Monday, February 13, 2006, in the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC. The parties shall be prepared to discuss the progress of discovery. The court will place the telephone call.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge