# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EP PRODUCTIONS, INC.,** *

Plaintiff, *

v. * No. 05-425C

**THE UNITED STATES,** * (Filed Feb. 13, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the telephonic status conference held this date,

**IT IS ORDERED**, as follows:

1. All discovery shall be completed by June 5, 2006.

2. A telephonic status conference shall be held at 2:00 p.m. on Monday, June 12, 2006, in the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. The parties shall be prepared to schedule all pretrial proceedings and trial. The court will place the telephone call.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge