IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EP PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-425C |
| v. | ) | (Judge C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO COMPEL PRODUCTION OF INITIAL DISCLOSURES, DOCUMENTS, AND RESPONSES TO INTERROGATORIES AND TO EXTEND PRETRIAL DEADLINES**

Pursuant to Rules 26(a), 33(b), 34(b) and 37(a)(1)(B) of the Rules of the Court of Federal Claims ("RCFC"), the United States respectfully requests that the Court issue an order compelling plaintiff, EP Productions, Inc., to provide initial disclosures and respond to the Government's first set of interrogatories and requests for the production of documents. In accordance with Appendix A.V.10, the undersigned counsel of record represents to the Court that he has attempted to confer with counsel for plaintiff in good faith to resolve this matter prior to the Government's filing of this motion.

**STATEMENT OF FACTS**

The Government served its first set of interrogatories and requests for the production of documents upon counsel for EP Productions, Inc. on January 20, 2006. Exhibit A.
On several occasions since that date, counsel for plaintiff has represented that initial disclosures and responses to our interrogatories and document requests would be forthcoming. During a telephonic status conference conducted on February 13, 2006, the Court ordered the parties to complete discovery on or before June 1, 2006.

By letter of March 30, 2006, undersigned counsel requested that plaintiff respond to our interrogatories and document requests and provide us with a set of initial disclosures by no later than April 6, 2006. Exhibit B. Although counsel for plaintiff subsequently represented that these materials would be provided shortly, they still have not been supplied. Following his return from vacation, undersigned counsel placed a telephone call to plaintiff's counsel on April 21, 2006, but his call has not been returned.

**DISCUSSION**

Pursuant to Rule 26(a), a party is required to provide initial disclosures, without a court order and without awaiting a discovery request, within 14 days after the filing of the Joint Preliminary Status Report. Pursuant to Rules 33 and 34 of the RCFC, a party must either respond or object to interrogatories and document requests within 30 days, unless a shorter or longer time is directed by the Court or agreed to in writing by the parties. Although the Government previously accepted the representations of plaintiff's counsel that its initial disclosures and discovery responses were forthcoming, it did not consent to an unlimited enlargement of time.

The discovery requests seek information concerning the contract at issue, the losses plaintiff claims to have incurred, and the facts surrounding the written statements that form the basis of our counterclaims.

For the foregoing reasons, pursuant to Rules 26(a), 33(b), 34(b) and 37(a) of the RCFC, the United States respectfully requests that the Court grant our motion and order plaintiff to provide initial disclosures and responses to our interrogatories and document requests promptly. The United States further requests that the Court extend the deadline for the United States to

complete discovery by 60 days from the date that plaintiff is ordered to provide the materials requested in this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax. (202) 305-2118

April 25, 2006

Attorneys for Defendant