**U.S. Department of Justice**

Civil Division

HDL:APAverbach
DJ No. 154-05-425

Tele: (202) 353-0527
Fax: (202) 307-2118

*Washington, D.C. 20530*

March 30, 2006

**Via Facsimile and First-Class Mail**

Robert A. Fricks, Esq.
The Fricks Firm, P.C.
239-B Smithville Church Rd.
Warner Robbins, GA 31088

Re: EP Productions v. United States, Fed. Cl. No. 05-425C

Dear Mr. Fricks:

Since I entered an appearance in this case on March 2, 2006, I have attempted to contact you by telephone five times. Although you left a message for me on my voice mail two weeks ago, my last three messages for you have gone unreturned.

I am aware that you and my predecessor, Kelly Blank, discussed the possibility of settlement, and I am amenable to continuing these discussions. However, the deadline for the completion of discovery is approaching. Accordingly, please respond to our interrogatories and document requests (served on January 20, 2006) and provide us with a set of initial disclosures by no later than April 6, 2006. Further, please provide me with dates during the weeks of May 8, May 15, or May 22 when Ms. Porter and any other of your client's employees who are named in your initial disclosures will be available for a deposition.

Thank you for your cooperation.

Very truly yours,

ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch

FILE