# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EP PRODUCTIONS, INC.,** *

Plaintiff, *

v. * No. 05-425C

**THE UNITED STATES,** * (Filed May 1, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to RCFC 7.2(a), briefing on Defendant's Motion To Compel Production of Initial Disclosures, Documents, and Responses to Interrogatories and to Extend Pretrial Deadlines filed on April 25, 2006, shall be expedited. Accordingly,

**IT IS ORDERED**, as follows:

1. Plaintiff shall respond by May 4, 2006.

2. Defendant shall reply by May 11, 2006.

s/ Christine O. C. Miller

---

**Christine Odell Cook Miller**
Judge