# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **EP PRODUCTIONS, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-425C |
| **THE UNITED STATES,** | * | (Filed May 24, 2006) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

By order entered on May 1, 2006, the court expedited briefing on Defendant's Motion To Compel Production of Initial Disclosures, Documents, and Responses to Interrogatories and To Extend Pretrial Deadlines filed on April 25, 2006. Neither party responded to the order. Accordingly,

**IT IS ORDERED**, as follows:

1. Defendant's motion to compel is denied as moot.

2. Paragraph 2 of the order entered on February 13, 2006, remains in effect.

s/ Christine O. C. Miller

---

**Christine Odell Cook Miller**
Judge