IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EP PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-425C |
| v. | ) | (Judge C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR RECONSIDERATION OF COURT'S ORDER OF MAY 24, 2006**

Pursuant to Rule 59 of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court reconsider its order of May 24, 2006, which denied our motion to compel as moot.

We filed our motion to compel on April 25, 2005, seeking documents and responses to interrogatories and to extend the discovery schedule in light of plaintiff's failure to comply with its discovery obligations. By order dated May 1, 2006, the Court expedited briefing on the motion, ordering plaintiff to respond by May 4, 2006, and defendant to reply by May 11, 2006. Plaintiff did not respond to the motion and, in the absence of a responsive pleading to which we could reply, we did not file a reply.

The Court's order of May 24, 2006, denied our motion as moot. However, our request for relief is not moot. Plaintiff still has not complied with its discovery obligations, and, even if it had, there is not sufficient time between now and June 5, 2006, the discovery cut-off date, to complete discovery. Accordingly, we respectfully request that the Court reconsider its order of May 24, 2006, and grant the relief requested in our motion to compel. Specifically, we request that the Court order plaintiff to provide initial disclosures and responses to our interrogatories

and document requests promptly and extend the deadline for the United States to complete discovery by 60 days from the date that plaintiff is ordered to provide these materials.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax. (202) 305-2118

May 25, 2006

Attorneys for Defendant