IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EP PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-425C |
| v. | ) | (Judge C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

In advance of the telephonic status conference scheduled for June 12, 2006, defendant, the United States, wishes to report a recent development that will eliminate the need for further discovery and merits-related activities in this case. Defendant reports that plaintiff, EP Productions, Inc. ("EP"), has submitted an offer of settlement of this matter to the Government and that EP's offer has been accepted upon behalf of the Attorney General of the United States. The parties are in the process of finalizing a settlement agreement, and counsel for EP has represented that he will provide an executed settlement agreement to the Government in short order. The parties will file a stipulation of dismissal with prejudice of the claims and counterclaims asserted in this action upon execution of a settlement agreement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax. (202) 305-2118

June 8, 2006

Attorneys for Defendant