IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EP PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-425C |
| | ) | (Judge C. Miller) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by their respective attorneys, stipulate to the dismissal with prejudice of the claims asserted in plaintiff's complaint and defendant's counterclaims, with each party to bear its own costs, expenses, and attorney fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s /Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Robert Abney Fricks
ROBERT ABNEY FRICKS
The Fricks Firm, P.C.
239-B Smithville Church Road
Warner Robins, Georgia 31088
Tel. (478) 953-2312
Fax: (478) 971-3871

Attorneys for Plaintiff

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0527
Fax: (202) 305-2118

Attorneys for Defendant

July 12, 2006